**Fill in this information to identify your case:**

Debtor 1: **William John Berman**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number: **19-60230**
(if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Heather Noble**
4490 Silverton Rd. NE #4
Salem, OR 97305-2060

**Brady Mertz**
brady@bradymertz.com
Contact

503-385-0121
Contact phone

What is the nature of the claim? **Judgment for Business Debt, Landlord-Tenant Claims**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $ **$4,864,951.00**
Value of security:  - $ **$284,030.00**
Unsecured claim  $ **$4,740,701.00**

$ **$4,740,701.00**

**2**

**Loren and Gennise Hathaway**
c/o Brady Mertz
Brady Mertz, PC
345 Lincoln St. SE
Salem, OR 97302

What is the nature of the claim? **Judgment**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

$ **$3,776,251.00**

---

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-60230-pcm11   Doc 7   Filed 01/29/19

Debtor 1   **William John Berman**   Case number *(if known)*   **19-60230**

**Brady Mertz**

**brady@bradymertz.com**
Contact

**503-385-0121**
Contact phone

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$3,900,501.00**
　　　Value of security:   - $ **$284,030.00**
　　　Unsecured claim   $ **$3,776,251.00**

| **3** | **Saalfeld Griggs, PC**<br>**Park Place, Suite 200**<br>**250 Church St. SE**<br>**Salem, OR 97301** |
|---|---|

**What is the nature of the claim?**   **Attorney Fees**   $ **$290,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Hunter Emerick**

**hemerick@sglaw.com**
Contact

**503-399-1070**
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ 
　　　Value of security:   - $ 
　　　Unsecured claim   $ 

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ William John Berman**
　　**William John Berman**
　　Signature of Debtor 1

X   _____
　　Signature of Debtor 2

Date   **January 29, 2019**

Date   _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-60230-pcm11    Doc 7    Filed 01/29/19

Brady Mertz
Brady Mertz, PC
345 Lincoln Street SE
Salem, OR 97302-4349

Debra Berman
3602 El Dorado Loop S.
Salem, OR 97302

Heather Noble
4490 Silverton Rd. NE #4
Salem, OR 97305-2060

Loren and Gennise Hathaway
c/o Brady Mertz
Brady Mertz, PC
345 Lincoln St. SE
Salem, OR 97302

Loren and Gennise Hathaway
PO Box 451
Montesano, WA 98563-0451

Quicken Loans Inc.
c/o Robert Dean Walters, President
1050 Woodward Ave.
Detroit, MI 48226

Quicken Loans Inc.
c/o CT Corporation System, Reg. Agent
780 Commercial Street SE
Suite 100
Salem, OR 97301

Rick Klingbeil
Rick Klingbeil, PC
1826 NE Broadway
2nd Floor
Portland, OR 97232-1430

Saalfeld Griggs, PC
Park Place, Suite 200
250 Church St. SE
Salem, OR 97301

**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>WILLIAM J. BERMAN,<br><br>                Debtor. | Case No. 19-60230-tmb11<br><br>CERTIFICATE OF SERVICE |

    I hereby declare, under penalty of perjury, that on January 29, 2019 I served upon the United States Trustee, via first-class mail a true and correct copy of 1) the foregoing List of Creditors Holding 20 Largest Unsecured Claims; and 2) self-adhesive labels with the name and service address for the debtor, the debtor's attorney and each creditor on the attached list at the address set forth below:

Office of the United States Trustee
405 E 8th Ave. #2600
Eugene, OR 97401

DATED: January 29, 2019.      /s/ Mary Perry
                                            Mary Perry, Legal Assistant
                                            Of Proposed Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 19-60230-pcm11    Doc 7    Filed 01/29/19

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 19-60230-tmb11<br>District of Oregon<br>Eugene<br>Tue Jan 29 15:37:48 PST 2019 | B. & J. Property Investments, Inc.<br>4490 Silverton Rd. NE<br>Salem, OR 97305-2060 | 405 E 8th Ave #2600<br>Eugene, OR 97401-2725 |
| Brady Mertz<br>Brady Mertz, PC<br>345 Lincoln Street SE<br>Salem, OR 97302-4349 | Debra Berman<br>3602 El Dorado Loop S.<br>Salem, OR 97302-9737 | Heather Noble<br>4490 Silverton Rd. NE #4<br>Salem, OR 97305-2060 |
| Loren and Gennise Hathaway<br>PO Box 451<br>Montesano, WA 98563-0451 | Loren and Gennise Hathaway<br>c/o Brady Mertz<br>Brady Mertz, PC<br>345 Lincoln St. SE<br>Salem, OR 97302-4349 | Quicken Loans Inc.<br>c/o CT Corporation System, Reg. Agent<br>780 Commercial Street SE<br>Suite 100<br>Salem, OR 97301-3465 |
| Quicken Loans Inc.<br>c/o Robert Dean Walters, President<br>1050 Woodward Ave.<br>Detroit, MI 48226-1906 | Rick Klingbeil<br>Rick Klingbeil, PC<br>1826 NE Broadway<br>2nd Floor<br>Portland, OR 97232-1430 | Saalfeld Griggs, PC<br>Park Place, Suite 200<br>250 Church St. SE<br>Salem, OR 97301-3921 |
| US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 | NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 | William John Berman<br>4490 Silverton Rd. NE<br>Salem, OR 97305-2060 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14