**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>    Debtor. | Case No. 18-34244-PCM11<br><br>CERTIFICATE OF SERVICE |

    I hereby declare, under penalty of perjury, that on Friday, December 7, 2018, I served upon the United States Trustee, via first-class mail a true and correct copy of 1) the foregoing List of Creditors Holding 20 Largest Unsecured Claims; and 2) self-adhesive labels with the name and service address for the debtor, the debtor's attorney and each creditor on the attached list at the address set forth below:

Office of the United States Trustee
620 SW Main St., Rm 213
Portland, OR 97205

DATED: December 7, 2018.    /s/ Mary Perry
    Mary Perry, Legal Assistant to Nicholas J. Henderson
    Of Proposed Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 12/07/18