```
                          United States Bankruptcy Court
                               District of Oregon
In re:                                                         Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                    Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0979-3         User: Admin.              Page 1 of 1        Date Rcvd: Dec 07, 2018
                             Form ID: ODG              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db          Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR  97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0

ODG (12/1/10) ljr

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 7, 2018

Clerk, U.S. Bankruptcy Court

BY **ljr** DEPUTY

In re
**Christian S. Radabaugh Sr.**
*Other names used by debtor:* Radabaugh Ranch, LLC
Debtor(s)

Case No. **18–34244–pcm11**

ORDER OF DESIGNATION
AND NOTICE OF CHAPTER 11
FINANCIAL REPORTING AND
MAILING REQUIREMENTS

**IT IS ORDERED** that:

Christian S. Radabaugh Sr. is designated to fulfill the duties of the debtor by §§343 and 521 and other relevant sections of Title 11 United States Code, and all Orders of this Court.

**THE DEBTOR IS ALSO NOTIFIED** that:

1. Local Bankruptcy Rule 2015–2 prescribes the Court's Chapter 11 financial reporting requirements. YOU MUST IMMEDIATELY READ THIS LOCAL RULE <u>CAREFULLY</u> AND FOLLOW IT PRECISELY!

2. EACH MONTH'S ORIGINAL FINANCIAL REPORT MUST HAVE ORIGINAL SIGNATURES WHERE REQUIRED, BE FILED WITH THE COURT, <u>AND</u> A COPY FILED WITH THE APPROPRIATE U.S. TRUSTEE'S OFFICE.

3. The U.S. Trustee's office will provide you with a copy of the MOST CURRENT, AND PERTINENT, VERSION of the monthly financial report form that must be used in your case.

4. The reports for each month are due on the 21st day of the next month.

5. The Court will take steps to dismiss the case for lack of prosecution if you fail to strictly comply with Local Bankruptcy Rule 2015–2.

6. The Court serves, on each creditor listed with a complete address (<u>including</u> a zip code), notice of a creditor's meeting. If any creditor's address is incorrect, the notice may be returned to the debtor(s) (except that it may not even be served if no complete address and zip code were given). If you find a correct address or zip code you should re–serve the notice; and also file Local Form #728 (with the appropriate filing fee) to amend your schedules. If it was the Court's mistake, you must notify us in writing immediately.

Clerk, U.S. Bankruptcy Court