```
                            United States Bankruptcy Court
                                  District of Oregon
```

In re:                                                              Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                         Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0979-3          User: Admin.              Page 1 of 1              Date Rcvd: Dec 07, 2018
                              Form ID: OFD              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR 97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0

OFD (12/1/11) ljr

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 7, 2018

Clerk, U.S. Bankruptcy Court

BY ljr DEPUTY

In re
**Christian S. Radabaugh Sr.**
*Other names used by debtor:* Radabaugh Ranch, LLC
Debtor(s)

) Case No. **18–34244–pcm11**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **12/7/18** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

**Attorney's Disclosure of Compensation. NOTE: The debtor's case will not be dismissed for the attorney's failure to timely file this document. (Fed. Rule Bankr. Proc. 2016(b))**

**A completed current version of Summary of Assets and Liabilities (Official Form 106Sum), all Schedules required for the debtor, and a signed Declaration About an Individual Debtor's Schedules (Official Form 106Dec); and a signed Statement of Financial Affairs (Official Form 107). (Fed. Rules Bankr. Proc. 1007 & 1008)**

**– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on the Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were not listed on the creditor mailing list filed with the debtor's Petition must be added using Local Form 728 unless the only change is to correct a previously listed creditor's address, or attorney for a previously listed creditor. (Local Bankr. Rule 1009–1.)**

**A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A–1 for Chap. 7, 122B for Chap. 11 or 122C–1 for Chap. 13. [Please note: If filing 122A–1 or 122C–1, an additional form may be required. Follow the instructions on the form.]**

**– Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankr. Rule 9009–1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non–Individual Debtor, refer to Local Form 200.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court