```
                              United States Bankruptcy Court
                                   District of Oregon
In re:                                                            Case No. 19-60230-tmb
William John Berman                                               Chapter 11
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0979-6          User: Admin.               Page 1 of 1              Date Rcvd: Jan 30, 2019
                              Form ID: 309E              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db            +William John Berman,    4490 Silverton Rd. NE,    Salem, OR 97305-2060
smg           +Dept of Justice,   Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
                Washington, DC 20530-0001
cr            +B. & J. Property Investments, Inc.,    4490 Silverton Rd. NE,    Salem, OR 97305-2060
101838321      Brady Mertz,    Brady Mertz, PC,    345 Lincoln Street SE,    Salem, OR 97302-4349
101838322     +Debra Berman,    3602 El Dorado Loop S.,    Salem, OR 97302-9737
101838323      Heather Noble,    4490 Silverton Rd. NE #4,    Salem, OR 97305-2060
101838324     +Loren and Gennise Hathaway,    c/o Brady Mertz,    Brady Mertz, PC,    345 Lincoln St. SE,
                Salem, OR 97302-4349
101838325     #Loren and Gennise Hathaway,    PO Box 451,    Montesano, WA 98563-0451
101838327     +Quicken Loans Inc.,    c/o CT Corporation System, Reg. Agent,    780 Commercial Street SE,
                Suite 100,    Salem, OR 97301-3465
101838328      Rick Klingbeil,    Rick Klingbeil, PC,    1826 NE Broadway,    2nd Floor,
                Portland, OR 97232-1430
101838329     +Saalfeld Griggs, PC,    Park Place, Suite 200,    250 Church St. SE,    Salem, OR 97301-3921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: nhenderson@portlaw.com Jan 31 2019 01:22:52     NICHOLAS J HENDERSON,
                Motschenbacher & Blattner, LLP,    117 SW Taylor Street,    Ste 300,    Portland, OR  97204
aty           +E-mail/Text: tim@tonkon.com Jan 31 2019 01:23:13     TIMOTHY J CONWAY,    888 SW 5th Ave #1600,
                Portland, OR 97204-2030
smg            E-mail/Text: cio.bncmail@irs.gov Jan 31 2019 01:23:04     IRS,   IRS,    PO Box 7346,
                Philadelphia, PA  19101-7346
smg            E-mail/Text: bankruptcy.revenue@oregon.gov Jan 31 2019 01:22:56      ODR Bkcy,
                955 Center NE #353,    Salem, OR  97301-2555
smg           +E-mail/Text: usaor.bankruptcy@usdoj.gov Jan 31 2019 01:23:37     US Attorney,   US Attorney,
                1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust           +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Jan 31 2019 01:23:14      US Trustee, Eugene,
                405 E 8th Ave #1100,    Eugene, OR 97401-2728
101838326     +E-mail/Text: bankruptcyteam@quickenloans.com Jan 31 2019 01:23:23      Quicken Loans Inc.,
                c/o Robert Dean Walters, President,    1050 Woodward Ave.,    Detroit, MI 48226-1906
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

| | | Social Security number or ITIN: xxx–xx–0314 |
| --- | --- | --- |
| Debtor 1: | William John Berman | EIN: _ _–_ _ _ _ _ _ _ |
| | First Name   Middle Name   Last Name | |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Oregon | Date case filed for chapter:   11   1/28/19 |
| Case number: | 19–60230–tmb11 | |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case
12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
| --- | --- | --- | --- |
| 1. | **Debtor's full name** | William John Berman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4490 Silverton Rd. NE<br>Salem, OR 97305 | |
| 4. | **Debtor's attorney**<br>Name and address | NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204 | Contact phone  503–417–0500 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 405 E 8th Ave #2600<br>Eugene, OR 97401 | Office Hours 9:00 a.m. – 4:30 p.m.<br><br>Contact phone  541–431–4000 |

**For more information, see pages 2 & 3 >**

| Debtor **William John Berman** | | Case number **19–60230–tmb11** |
|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. Photo ID is required. | **March 5, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | Location:<br>**U.S. Trustee's Office, Room 1900, 405 E 8th Ave, Eugene, OR 97401** |
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 5/6/19** |
| | | **Deadline for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be completed and filed at https://www.uscourts.gov or any bankruptcy clerk's office. Please file proof of claim electronically at https://www.orb.uscourts.gov. No password or login required.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. **Please file the claim electronically at https://www.orb.uscourts.gov. No login or password is needed.**<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **4/8/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |

Debtor **William John Berman**                                              Case number **19–60230–tmb11**

| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
|---|---|---|
| 12. | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form 309E (For Individuals or Joint Debtors) **Notice of Chapter 11 Bankruptcy Case**                      page **3**