**Fill in this information to identify your case:**

Debtor 1     **Christian S. Radabaugh, Sr.**
                First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing)      First Name       Middle Name       Last Name

United States Bankruptcy Court for the:     **DISTRICT OF OREGON**

Case number     **18-34244**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

                                                                                                                                      **Unsecured claim**

**1**

**Agco Finance, LLC**
**PO Box 2000**
**Johnston, IA 50131**

**What is the nature of the claim?**                              $ **$827,000.00**

**As of the date you file, the claim is:** Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    ■ None of the above apply

**Does the creditor have a lien on your property?**
    ☐ No
    ■ Yes. Total claim (secured and unsecured)    $ **$947,000.00**
           Value of security:                    - $ **$120,000.00**
           Unsecured claim                  $ **$827,000.00**

Contact

Contact phone

**2**

**Central Oregon Ranch Supply**
**PO Box 103**
**Redmond, OR 97756**

**What is the nature of the claim?**     **Animal feed**        $ **$26,045.00**

**As of the date you file, the claim is:** Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    ■ None of the above apply

**Does the creditor have a lien on your property?**
    ■ No
    ☐ Yes. Total claim (secured and unsecured)    $
           Value of security:                    - $

Contact

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 18-34244-pcm11     Doc 9     Filed 12/08/18

| Debtor 1 | **Christian S. Radabaugh, Sr.** | Case number *(if known)* | **18-34244** |
|---|---|---|---|
| Contact phone | | Unsecured claim | $ |

**3**

**Edward P. Fitch**
**210 SW 5th Street, Suite 2**
**Redmond, OR 97756**

**What is the nature of the claim?**  **Equipment**    $ **$128,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$128,000.00**
  Value of security:    - $ **$0.00**
  Unsecured claim    $ **$128,000.00**

Contact

Contact phone

**4**

**GP LLC**
**8611 NE Ochoco Hwy**
**Prineville, OR 97754**

**What is the nature of the claim?**  **(Per judgment)**    $ **$406,678.88**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$406,678.88**
  Value of security:    - $ **$0.00**
  Unsecured claim    $ **$406,678.88**

Contact

Contact phone

**5**

**IRS**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19114-7346**

**What is the nature of the claim?**        $ **$67,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

Contact

Contact phone

**6**

**Les Schwab Tires**
**PO Box 646**
**Riley, OR 97758**

**What is the nature of the claim?**  **Tires**    $ **$9,293.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 18-34244-pcm11    Doc 9    Filed 12/08/18

| Debtor 1 | Christian S. Radabaugh, Sr. | Case number *(if known)* | 18-34244 |

---

|   |   |   |
|---|---|---|
| Contact |   |   |
| Contact phone |   |   |

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

---

**7**
**Les Schwab Tires**
**PO Box 646**
**Riley, OR 97758**

**What is the nature of the claim?** **Tractor tires** $ **$5,078.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact
Contact phone

---

**8**
**Midstate Fertilizer**
**120 SW Glacier Ave.**
**Redmond, OR 97756**

**What is the nature of the claim?** **Fertilizer** $ **$44,664.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact
Contact phone

---

**9**
**ODR Bkcy**
**955 Center NE, #353**
**Salem, OR 97301-2553**

**What is the nature of the claim?** **Precautionary** $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact
Contact phone

---

**10**
**Western Heavy Haul**
**PO Box 672**

**What is the nature of the claim?** **Repair to semi trucks.** $ **$10,054.00**

| Debtor 1 | **Christian S. Radabaugh, Sr.** | Case number *(if known)* | **18-34244** |

**Prineville, OR 97754**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact

Contact phone

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Christian S. Radabaugh, Sr.**
**Christian S. Radabaugh, Sr.**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **December 6, 2018**

Date _____

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 18-34244-pcm11    Doc 9    Filed 12/08/18

Radabaugh, Sr., Christian - 18-34244

Agco Finance, LLC
PO Box 2000
Johnston, IA 50131

Central Oregon Ranch Supply
PO Box 103
Redmond, OR 97756

Edward P. Fitch
210 SW 5th Street, Suite 2
Redmond, OR 97756

GP LLC
8611 NE Ochoco Hwy
Prineville, OR 97754

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19114-7346

Les Schwab Tires
PO Box 646
Riley, OR 97758

Les Schwab Tires
PO Box 646
Riley, OR 97758

Midstate Fertilizer
120 SW Glacier Ave.
Redmond, OR 97756

ODR Bkcy
955 Center NE, #353
Salem, OR 97301-2553

Western Heavy Haul
PO Box 672
Prineville, OR 97754

**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>    Debtor. | Case No. 18-34244-PCM11<br><br>CERTIFICATE OF SERVICE |

    I hereby declare, under penalty of perjury, that on Friday, December 7, 2018, I served upon the United States Trustee, via first-class mail a true and correct copy of 1) the foregoing List of Creditors Holding 20 Largest Unsecured Claims; and 2) self-adhesive labels with the name and service address for the debtor, the debtor's attorney and each creditor on the attached list at the address set forth below:

Office of the United States Trustee
620 SW Main St., Rm 213
Portland, OR 97205

DATED: December 7, 2018.        /s/ Mary Perry
                                                Mary Perry, Legal Assistant to Nicholas J. Henderson
                                                Of Proposed Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 12/10/18

| Label Matrix for local noticing<br>0979-3<br>Case 18-34244-pcm11<br>District of Oregon<br>Portland<br>Fri Dec  7 14:07:26 PST 2018 | 3 Springs Ranch<br>6661 S 3 SPRINGS RANCH RD<br>Powell Butte, OR 97753-2000 | Agco Finance, LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 |
|---|---|---|
| Central Oregon Ranch Supply<br>PO Box 103<br>Redmond, OR 97756-0010 | Edward P. Fitch<br>210 SW 5th Street, Suite 2<br>Redmond, OR 97756-2136 | Federal Ag. Mortgage Corp. Programs<br>500 Fifth Street<br>Ames, IA 50010-6063 |
| Francis Hansen & Martin<br>Attn: Martin Hansen<br>1148 NW Hill St<br>Bend, OR 97703-1914 | GP LLC<br>8611 NE Ochoco Hwy<br>Prineville, OR 97754-7975 | NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 |
| Harvey C. Thun<br>3790 SW Gene Sarazan Dr.<br>Redmond, OR 97756-7403 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Les Schwab Tires<br>PO Box 646<br>Riley, OR 97758 | Midstate Fertilizer<br>120 SW Glacier Ave.<br>Redmond, OR 97756-2829 | ODR Bkcy<br>955 Center NE, #353<br>Salem, OR 97301-2555 |
| Christian S. Radabaugh Sr.<br>15334 NE O'Neil Hwy<br>Redmond, OR 97756 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Western Heavy Haul<br>PO Box 672<br>Prineville, OR 97754-0668 |
| Zions Agriculatural Finance<br>500 5th Street<br>Ames, IA 50010-6063 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| IRS<br>Attn: Attorney General of United States<br>10th Constitution NW #4400<br>Washington, DC 20530 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                18 |
|---|---|