Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>CHRISTIAN S. RADABAUGH,<br><br>Debtor. | Case No. 18-34244-pcm11<br><br>NOTICE OF HEARING |
|---|---|

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Debtor's Emergency Motion for Authority to Sell Assets Outside the Ordinary Course of Business

WILL BE HELD telephonically on Tuesday, December 11th AT 1:00 P.M.

Parties should call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. Note: If you have problems connecting, call the court at (503) 326-1500.

A copy of the Debtor's Emergency Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Dkt. No. 16) was served upon you by first class mail on September 26, 2018 with this Notice.

/ / / / /

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

On December 11, 2018, copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; and all creditors listed on the list filed pursuant to FRBP 1007(d). SEE ATTACHED CERTIFICATE OF SERVICE FOR MORE DETAILS.

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB# 074027
Of Proposed Attorneys for Debtor

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that the foregoing **NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS** was served on the following parties via the Court's electronic CM/ECF process:

- SARAH FLYNN sarah.flynn@usdoj.gov
- HOWARD M LEVINE hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov

The aforementioned was served on the following parties via fax:

Howard Levine
Sussman Shank LLP
1000 SW Broadway Ste 1400
Portland OR 97205
Fax: 503 248-0130

Sarah Flynn
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
Fax: 206-553-2566

/s/ Mary Perry
Mary Perry, Legal Assistant
Of Attorneys for Debtor



Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528