| | | |
|---|---|---|
| 12/11/2018 | TUESDAY | Judge Peter C McKittrick |
| 1:00 PM 18-34244 pcm 11 bk | Christian S. Radabaugh, Sr. | |

**Motion to Sell - Emergency Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Expedited Hearing Requested) Filed by Debtor Christian S. Radabaugh Sr. (16)**

Christian S. Radabaugh - db     NICHOLAS J HENDERSON   x
                                 Howard Levine - GP LLC  x
                                 Sarah Flynn - UST  x

Evidentiary Hearing:   Yes: ☐   No: ☒

Motion Granted as to cattle sold at auction before case filed.

Motion Denied without prejudice to file Motion to Shorten Time as to cattle not yet auctioned.

Debtor allowed to pay Shasta's commission, balance of net proceeds to be held in Mr. Henderson's Trust Account.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☒ Mr. Henderson

DOCKET ENTRY:

Run Date:    12/11/18

Case 19-60230-pcm11    Doc    Filed 12/11/18