Howard M. Levine, OSB No. 800730
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: hlevine@sussmanshank.com

Attorneys for GP LLC

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Christian S. Radabaugh, Sr.,<br><br>    Debtor-in-Possession. | Case No. 18-34244-pcm11<br><br>DECLARATION OF BRAD PEEK |

    1.    I am the general manager of Shasta Livestock Auction Yard ("Shasta") and Western Video Market located in Shasta County, California. I have been actively involved in Shasta since and in the livestock auction business since 1998.

    2.    I make this declaration based on my personal knowledge, and if called to testify, I would testify as to the facts set forth in this declaration.

    3.    Shasta is the largest volume auction market west of the Rocky Mountains, selling more than 100,000 live cattle each year through the ring at live auctions. Shasta also represents close to a quarter-million head of cattle annually on Western Video Market satellite and internet video auctions

    4.    In my role as general manager of Shasta I oversee all aspects of Shasta's auctions, including scheduling, advertising, care and maintenance of animals, and payment of auction proceeds.

    5.    I am personally familiar with the scheduled auction of livestock that

**Page 1 of 4** - DECLARATION OF BRAD PEEK

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-60230-pcm11   Doc   Filed 12/13/18

belongs to Christian Rudabaugh that is scheduled to be held at Shasta on Friday, December 14, 2018 (the "Livestock").

6. The Livestock scheduled for the December 14, 2018 auction are currently located at Shasta, which is caring for and feeding the Livestock pending their sale and removal by the successful purchaser at the auction.

7. The December 14, 2018 auction of the Livestock has been actively promoted and advertised by Shasta through emails, the Internet, Facebook, personal telephone calls, and newspaper advertising. Attached hereto as Exhibit 1 is an advertisement that Shasta purchased in the Capital Press. Attached hereto as Exhibit 2 is a Facebook posting for the auction. We are anticipating a good turnout of this auction, in part because it will be one of the last auctions we hold in 2018.

8. I understand the Court has ruled that the auction scheduled for December 14, 2018 cannot be held on that date and will need to be held at a later date.

9. If the auction is not held on December 14, 2018, the next available auction date will be December 21, 2018, just four days before Christmas. In my experience, an auction so close to Christmas results in very low participation and consequently reduced bidding and a depressed purchase price. This is in part because the purchased Livestock will have to be removed during the week of Christmas, when it is difficult to find labor and the labor that can be found will demand higher wages, thus effectively adding to the cost to purchase the Livestock and reducing the return to the seller. In addition, purchasers may have logistical issues even getting transportation and labor to process the Livestock prior to Christmas Eve and some won't do anything on Sunday, December 23rd. Stated succinctly, an auction on December 21, 2018 will create a disincentive for purchasers to buy or pay fair value for the Livestock.

10. Shasta is planning on closing down around Christmas and New Year's. We will not have a feeder scheduled during that time and would have to incur increased

Page 2 of 4 - DECLARATION OF BRAD PEEK

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-60230-pcm11    Doc    Filed 12/13/18

labor costs to bring someone in during holidays. Livestock must be fed every day, and I will have irate employees if I ask them to come to work on Christmas Day. Those willing to come in, if any, will want to be paid a premium to be away from their families on Christmas. Our yard should be empty between Christmas and New Year's Day.

11. Shasta does not have an auction scheduled for December 28, 2018.

12. The next scheduled auction after December 21, 2018 is January 4, 2019.

13. The Livestock cannot economically, safely, or humanely remain at Shasta until January 4, 2019. The minimum cost to keep the 292 head of Livestock at Shasta for that 21-day period is approximately $3.50 per day, per animal. This minimum cost per day totals approximately $1,022. Thus, for the 21-day period from December 14, 2018 through January 4, 2019, the cost will be in excess of $21,000, again if I can even get employees to do the work over the holidays.

14. More importantly, it would be inhumane and cruel to keep that many animals penned up for that long a period of time. The Livestock will be unduly stressed and will face a higher risk of infection, injury, and death. Besides the consequences to the Livestock--some will lose weight, others will require veterinary care, and some may die---these facts will adversely affect the purchase price at auction, increase the carrying costs, and reduce the net return to the seller.

15. I am not comfortable keeping the Livestock at Shasta in such conditions for such an extended period of time. I would require the Livestock be shipped elsewhere pending the auction.

16. In my opinion, it would be best for the Debtor and for the Livestock for Shasta to conduct the auction sale as advertised on December 14, 2018. We have extensively advertised the sale. It will more likely than not realize a higher price per head and pound than if the auction were delayed, and conducting the auction as scheduled will avoid incurring ongoing and additional costs.

Page 3 of 4 - DECLARATION OF BRAD PEEK

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated this 12th day of December, 2018 at Loyalton, California.

                                        */s/ Brad Peek*

                                        _____
                                        Brad Peek

*24987-001\DECLARATION OF BRAD PEEK (FINAL) (03047414);1

Not applicable

**Page 4 of 4** - DECLARATION OF BRAD PEEK

Not applicable

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-60230-pcm11    Doc    Filed 12/13/18

## Upcoming Sales

*******************************************************************

*If you have breeding stock to consign, please let us know in advance. If you can drop them off earlier in the week, it would also be appreciated.*

*******************************************************************

**Shasta Livestock is an approved Non Hormone Treated Cattle (NHTC) marketing location!**
To qualify, consigned cattle must come from an approved NHTC location and have program compliant EID tags in place.

For more information, please contact Shasta Livestock.

### December 14, 2018
Winter Kick-off Sale and Breeding Stock Special
Expecting 500 cows and pairs!

Featuring:
*Perkins Ranch - Surprise Valley, CA*
*Four plus loads of pairs and 20 bred cows; BLK, BWF*

*Radabaugh Ranch - Prineville, OR*
*60 fancy bred heifers; BLK, BWF*
*Bred to calving ease bulls*
*200 bred cows; 95% BLK; BWF*
*Bred to Angus, Sim-Ang, and two Hereford bulls*
*Bred to start calving Feb. 20*

*Plus lots of stockers and feeders!*

### December 21, 2018
Christmas Special and Breeding Stock Special

### December 28, 2018
No Sale - Merry Christmas

Exhibit 1
Page 1 of Page 1

Case 19-60230-pcm11 Doc Filed 12/13/18



Photo Credit: Crystal A[...]

# Shasta Livestock

## December 14, 2018

Winter Kick-off Sale and Breeding Stock Special
Expecting 500 cows and pairs!

Featuring:
Perkins Ranch - Surprise Valley, CA
Four plus loads of pairs and 20 bred cows
BLK, BWF

Radabaugh Ranch - Prineville, OR
60 fancy bred heifers; BLK, BWF
Bred to calving ease bulls
200 bred cows; 95% BLK; BWF


Exhibit 2
Page 1 of Page 2

2

Bred to Angus, Sim-Ang, and two Hereford bulls
Bred to start calving Feb. 20

Plus, a lot more!

For more information, contact Shasta Livestock or visit www.shastalivestock.com

Call (530) 347-3793 for more info

For market reports and upcoming sale info, visit us online at:
www.shastalivestock.com

SHASTA LIVESTOCK IS A REPRESENTATIVE FOR



SATELLITE AND INTERNET VIDEO AUCTIONS
Visit www.wvmcattle.com for upcoming sale information.

Shasta Livestock Auction Yard, Inc., PO Box 558, Cottonwood, CA 96022

SafeUnsubscribe™ outs@citlink.net
Forward this email | Update Profile | About our service provider
Sent by info@shastalivestock.com in collaboration with

Constant Contact
Try it free today

Exhibit 2
Page 2 of Page 2

3

Case 19-60230-pcm11    Doc    Filed 12/13/18