UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) **Notice of Debtor's**
 ) **Amendment of Mailing List or**
Debtor(s) ) **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

    A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

    B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

    C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

    D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

    E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

    F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

    A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

    1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

    2. Each applicable amended schedule.

    3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

    4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

# United States Bankruptcy Court
## District of Oregon

In re **Christian S. Radabaugh, Sr.**     Case No. **18-34244**
Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **December 13, 2018**     **/s/ Christian S. Radabaugh, Sr.**
**Christian S. Radabaugh, Sr.**
Signature of Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Alves Family Trust
2312 Condor Dr.
Redmond, OR 97756


Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Capital Bank
Attn: Bankruptcy
1 Church St. # 300
Rockville, MD 20850


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Coleen Severence
15334 NE O'Neill HWY
Redmond, OR 97756


Crook County Property Taxes
200 NE 2nd St Ste 100
Prineville, OR 97754-4000


Edward Fitch
Fitch Law Group
210 SW 5th St., Ste. #2
Redmond, OR 97756


Jacolyn Alves
2312 Condor Dr.
Redmond, OR 97756


Mid Oregon Fcu
Po Box 6479
Bend, OR 97708

Synchrony Bank/Lowes
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Terrence B O'Sullivan
Merrill O'Sullivan, LLP
805 SW Industrial Way, Suite 5
Bend, OR 97702

Wells Fargo Bank
Attn: Bankruptcy Dept
Po Box 6429
Greenville, SC 29606