| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Christian S. Radabaugh, Sr.** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | 18-34244 |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Agco Finance, LLC**
**PO Box 2000**
**Johnston, IA 50131**

What is the nature of the claim?   $ **$827,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$947,000.00**
   Value of security:   - $ **$120,000.00**
   Unsecured claim   $ **$827,000.00**

Contact
Contact phone

**2**

**Alves Family Trust**
**2312 Condor Dr.**
**Redmond, OR 97756**

What is the nature of the claim?   **Contract**   $ **$67,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $

Contact

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-60230-pcm11   Doc   Filed 12/13/18

| Debtor 1 | Christian S. Radabaugh, Sr. | Case number *(if known)* | 18-34244 |
|---|---|---|---|
| | Contact phone | Unsecured claim | $ |

### 3. Central Oregon Ranch Supply
PO Box 103
Redmond, OR 97756

Contact
Contact phone

**What is the nature of the claim?** Animal feed  $ **$26,045.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
     Value of security:  - $
     Unsecured claim  $

### 4. IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19114-7346

Contact
Contact phone

**What is the nature of the claim?**  $ **$67,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
     Value of security:  - $
     Unsecured claim  $

### 5. Jacolyn Alves
2312 Condor Dr.
Redmond, OR 97756

Contact
Contact phone

**What is the nature of the claim?** Contract  $ **$67,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $
     Value of security:  - $
     Unsecured claim  $

### 6. Les Schwab Tires
PO Box 646
Riley, OR 97758

**What is the nature of the claim?** Tires  $ **$9,293.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-60230-pcm11   Doc   Filed 12/13/18

Debtor 1 **Christian S. Radabaugh, Sr.**     Case number *(if known)* **18-34244**

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

---

**7**

**Les Schwab Tires**
**PO Box 646**
**Riley, OR 97758**

**What is the nature of the claim?**    **Tractor tires**    $ **$5,078.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

---

**8**

**Midstate Fertilizer**
**120 SW Glacier Ave.**
**Redmond, OR 97756**

**What is the nature of the claim?**    **Fertilizer**    $ **$44,664.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

---

**9**

**ODR Bkcy**
**955 Center NE, #353**
**Salem, OR 97301-2553**

**What is the nature of the claim?**    **Precautionary**    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

---

**10**

**Western Heavy Haul**
**PO Box 672**
**Prineville, OR 97754**

**What is the nature of the claim?**    **Repair to semi trucks.**    $ **$10,054.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 3**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-60230-pcm11    Doc    Filed 12/13/18

Debtor 1   **Christian S. Radabaugh, Sr.**   Case number *(if known)*   **18-34244**

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

Contact
Contact phone

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Christian S. Radabaugh, Sr.**                X  _____
   **Christian S. Radabaugh, Sr.**                       Signature of Debtor 2
   Signature of Debtor 1

   Date   **December 13, 2018**                         Date _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-60230-pcm11   Doc   Filed 12/13/18