Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Proposed Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH,<br><br>    Debtor. | Case No. 18-34244-pcm11<br><br>NOTICE OF HEARING |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business;

2. Debtor's Motion for Entry of Order Shortening Time for Notice of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business

WILL BE HELD telephonically on Friday, December 14th AT 11:00 A.M.

    Parties should call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. Note: If you have problems connecting, call the court at (503) 326-1500.

    A copy of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Dkt. No. 25) and Debtor's Motion for Entry of Order Shortening Time for Notice of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business have been served upon you via email and First Class Mail.

Page 1 of 2 – NOTICE OF HEARING
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/13/18

On <u>December 13, 2018</u>, copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; and all creditors listed on the list filed pursuant to FRBP 1007(d).  SEE ATTACHED CERTIFICATE OF SERVICE FOR MORE DETAILS.

Dated this 13th day of December, 2018

MOTSCHENBACHER & BLATTNER LLP

 /s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB# 074027
Of Proposed Attorneys for Debtor

Page 2 of 2 – NOTICE OF HEARING
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/13/18

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that the foregoing **NOTICE OF HEARING ON DEBTOR'S SECOND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS** was served on the following parties via the Court's electronic CM/ECF process on the date set forth below:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

DATED: December 13, 2018

/s/ Nicholas J. Henderson
Nicholas J. Henderson
Of Proposed Attorneys for Debtor

Page 1 of 1 –   CERTIFICATE OF SERVICE
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/13/18