**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

   Proposed Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Christian S. Radabaugh Sr.<br><br>                Debtor. | Bankruptcy Case No. 18-34244-pcm11<br><br>CERTIFICATE OF SERVICE |

      I hereby certify that on December 13, 2018, I served the following documents on the parties listed on the attached **Exhibit A**, in the manner described on the exhibit:

1. Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Expedited Hearing Requested) Filed by Debtor Christian S. Radabaugh Sr.

2. Declaration of Christian S. Radabaugh Sr. in Support of Second Motion for Authority Sell Assets Outside the Ordinary Course of Business; and

3. Declaration of Brad Peek; and

4. Debtor's Motion for Entry of Order Shortening Time for Notice of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business

5. Notice of Hearing

6. LBF 888 (Telephone Hearing Requirements)

Dated: <u>December 13, 20</u>18.     /s/ Nicholas J. Henderson
                                           Nicholas J. Henderson, OSB #074027
                                           Motschenbacher & Blattner, LLP

Page 1 of 1 – CERTIFICATE OF SERVICE
{00230473:1}

Case 19-60230-pcm11   Doc    Filed 12/13/18

# EXHIBIT A

| Creditor Name | Method | Address / Fax No. |
|---|---|---|
| Agco Finance, LLC | Email | assetmanagement@agcofinance.com |
| Alves Family Trust | Email | terry@mosattorneys.com |
| Central Oregon Ranch Supply | Email | cors@centraloregonranchsupply.com |
| Crook County Treasurer | Email | cctreasurer@co.crook.or.us |
| Edward Fitch | Email | ed@fitchlawgroup.com |
| GP LLC | Email | rwpriday@gmail.com; hlevine@sussmanshank.com |
| Harvey C. Thun | Email | ed@fitchlawgroup.com |
| Jacolyn Alves | Email | terry@mosattorneys.com |
| Les Schwab Tires | Email | kim.d.layton@lesschwab.com |
| Midstate Fertilizer | Email | ghodecker@aol.com |
| ODR Bkcy | Email | Fred.Boss@doj.state.or.us; carolyn.g.wade@doj.state.or.us |
| Western Heavy Haul | Email | rickb@whhsmaf.com; frankporfily@gmail.com |
| Francis Hansen & Martin (Additional Notice) | Email | meh@francishansen.com |
| Internal Revenue Service (Notice of Hearing Only) | Fax | 267-941-1015 |