Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, | NOTICE OF HEARING |
| Debtor. | |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business;

2. Debtor's Motion for Entry of Order Shortening Time for Notice of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business

WILL BE HELD telephonically on Friday, December 14th AT 11:00 A.M.

Parties should call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. Note: If you have problems connecting, call the court at (503) 326-1500.

A copy of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Dkt. No. 25) and Debtor's Motion for Entry of Order Shortening Time for Notice of Debtor's Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business have been served upon you via email and First Class Mail.

Page 1 of 2 – NOTICE OF HEARING
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/14/18

On December 13, 2018, copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; and all creditors listed on the list filed pursuant to FRBP 1007(d).  SEE ATTACHED CERTIFICATE OF SERVICE FOR MORE DETAILS.

Dated this 13th day of December, 2018

                                         MOTSCHENBACHER & BLATTNER LLP

                                         /s/ Nicholas J. Henderson
                                         Nicholas J. Henderson, OSB# 074027
                                         Of Proposed Attorneys for Debtor

Page 2 of 2 – NOTICE OF HEARING
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/14/18

# TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

# CERTIFICATE OF SERVICE

   I certify, under penalty of perjury, that the foregoing **NOTICE OF HEARING ON DEBTOR'S SECOND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS and DEBTOR'S MOTION FOR ENTRY OF ORDER SHORTENING TIME FOR NOTICE OF DEBTOR'S SECOND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS** was served on the following parties via the Court's electronic CM/ECF process on the date set forth below:

- SARAH FLYNN  sarah.flynn@usdoj.gov
- HOWARD M LEVINE  hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland  USTPRegion18.PL.ECF@usdoj.gov

   DATED: December 13, 2018

            /s/ Nicholas J. Henderson
            Nicholas J. Henderson
            Of Proposed Attorneys for Debtor

Page 1 of 1 – CERTIFICATE OF SERVICE
{00229771:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11  Doc  Filed 12/14/18