```
                          United States Bankruptcy Court
                               District of Oregon
In re:                                                              Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                         Chapter 11
        Debtor                       CERTIFICATE OF NOTICE
```

District/off: 0979-3          User: Admin.              Page 1 of 1              Date Rcvd: Dec 12, 2018
                              Form ID: pdf018           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db              Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR  97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

CHRISTIAN S. RADABAUGH, SR.

Debtor-in-Possession.

Bankruptcy Case No. 18-34244-pcm11

ORDER RE: DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

This matter came before the Court on December 11, 2018, on Debtor's Emergency Motion for Authority to Sell Assets Outside the Ordinary Course of Business [ECF No. 16] (the "Motion"). Nicholas J. Henderson appeared on behalf of the Debtor, Sarah Flynn appeared on behalf of the United States Trustee, and Howard Levine appeared on behalf of GP, LLC. The Court, having reviewed the Motion and the supporting declaration, and, having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's Motion is granted in part and denied in part;

2. Debtor's Motion is GRANTED with respect to the sale of cattle that occurred immediately prior to the filing of the Petition, for which cattle was to be delivered by the Debtor on

Page 1 of 2   ORDER RE: EMERGENCY MOTION FOR AUTHORITY TO SELL
ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

{00229858:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 12/14/18

December 11th and 12th, 2018. Debtor is authorized to consummate those sales by delivering the cattle purchased, and is also authorized to pay Shasta Livestock Auction Yard its commissions and expenses incurred in conducting such sales;

      3. Debtor's request to sell cattle at the December 14th auction is DENIED, without prejudice, for the reasons stated on the record.

      4. All proceeds from the sale shall be held in trust by Debtor's counsel pending further order of the Court. Shasta Livestock Auction Yard is directed to deliver all proceeds from the authorized sales to Debtor's Counsel, with checks made payable to "Motschenbacher & Blattner LLP Client Trust Account."

###

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

ECF Electronic Service:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com, ecf.howard.levine@sussmanshank.com, howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Page 2 of 2    ORDER RE: EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

{00229858:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 12/14/18