| | | |
|---|---|---|
| 12/14/2018 | FRIDAY | Judge Peter C McKittrick |
| 11:00   18-34244 pcm 11 bk | Christian S. Radabaugh, Sr. | |

**Motion to Sell - Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Expedited Hearing Requested)Filed by Debtor Christian S. Radabaugh Sr. (HENDERSON, NICHOLAS) (25)**

**Motion to Shorten Time Filed by Debtor Christian S. Radabaugh Sr. Re: 25 Motion to Sell - Second Motion for Authority to Sell Assets Outside the Ordinary Course of Business (Expedited Hearing Requested) Filed by Debtor Christian S. Radabaugh Sr. (HENDERSON, NICHOLAS) (28)**

| | |
|---|---|
| Christian S. Radabaugh - db | NICHOLAS J HENDERSON |
| GP LLC - cr | HOWARD M LEVINE |
| | See Attached Sign In Sheet |

Evidentiary Hearing:        Yes: ☒        No: ☐

Motion to Sell is denied for the reasons stated on the record. Court will consider expedited hearing on use of cash collateral, if required.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☒   Nicholas Henderson

DOCKET ENTRY:

Run Date:    12/17/18

In Re: Motion to Sell ) Case # 18-34244 pcm11
)
)
)
)
Debtor Christian S. Radabaugh )

# List of Persons Attending

Hearing date 12/14/2018

| PRINT YOUR NAME PHONE | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Nicholas Henderson | Debtor/ Christian Radabaugh |
| Howard Levine | Creditor - GP LLC |
| Sarah Flynn | DOJ/UST |
| Martin Hansen | Creditor - GP LLC |
| Esther Smith | Creditor - Central Or ranch supply |
| ~~Terrance O'Sullivan~~ | Creditor - Jacolyn Alves & Alves Family Trust |
| Frank Porfily | non atty - Western Heavy Haul |
| Courtroom - Carolyn Wade | Creditor- State of Oregon |

Case 19-60230-pcm11    Doc    Filed 12/14/18