Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, | NOTICE OF HEARING |
| Debtor. | |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Debtor's Motion for (1) Order Granting Adequate Protection in Relation to Turnover of Property, (2) Authority to Sell Property Outside the Ordinary Course of Business, and (3) Order Shortening Time Regarding Sale,

WILL BE HELD in Courtroom #1 at the U.S. Bankruptcy Court located at 1050 SW 6th St. #700, Portland, OR 97204 on Thursday, December 20th at 1:30 P.M.

Parties that would like to appear telephonically should call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. Note: If you have problems connecting, call the court at (503) 326-1500.

A copy of the Debtor's Motion for (1) Order Granting Adequate Protection in Relation to Turnover of Property, (2) Authority to Sell Property Outside the Ordinary Course of Business, and (3) Order Shortening Time Regarding Sale, (Dkt. No. 41) was served upon you by first class mail on December 18, 2018 with this Notice.

Page 1 of 2 – NOTICE OF HEARING
{00229771:3}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/19/18

/ / / / /

On December 18, 2018, copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; and all creditors listed on the list filed pursuant to FRBP 1007(d).  SEE ATTACHED CERTIFICATE OF SERVICE FOR MORE DETAILS.

                                            MOTSCHENBACHER & BLATTNER LLP

                                            /s/ Nicholas J. Henderson
                                            Nicholas J. Henderson, OSB# 074027
                                            Of Proposed Attorneys for Debtor

Page 2 of 2 – NOTICE OF HEARING
{00229771:3}

Case 19-60230-pcm11    Doc    Filed 12/19/18

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that the foregoing **Debtor's Motion for (1) Order Granting Adequate Protection in Relation to Turnover of Property, (2) Authority to Sell Property Outside the Ordinary Course of Business, and (3) Order Shortening Time Regarding Sale** was served on the following parties via the Court's electronic CM/ECF process:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

The aforementioned was served on the following parties via mail:

Howard Levine
Sussman Shank LLP
1000 SW Broadway Ste 1400
Portland OR  97205
Fax: 503 248-0130


/s/ Mary Perry
Mary Perry, Legal Assistant
Of Attorneys for Debtor

Page 1 of 1 –   CERTIFICATE OF SERVICE
{00229771:3}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 19-60230-pcm11    Doc    Filed 12/19/18