| | | |
|---|---|---|
| 12/20/2018 | **THURSDAY** | **Judge Peter C McKittrick** |

**1:30 PM** **18-34244 pcm 11 bk**   Christian S. Radabaugh, Sr.

**Notice of Emergency Hearing and Motion For Authority to Use Cash Collateral Filed by Debtor Christian S. Radabaugh Sr. Hearing Scheduled for 12/20/2018 at 01:30 PM in/by Courtroom #1, Portland. (HENDERSON, NICHOLAS) (40)**

    Christian S. Radabaugh - db     NICK HENDERSON

**Motion for Adequate Protection Filed by Debtor Christian S. Radabaugh Sr. (HENDERSON, NICHOLAS) (43)**

    Christian S. Radabaugh - db     NICK HENDERSON

                                Howard Levine - GP LLC
                                Sara Flynn - UST

Evidentiary Hearing:     Yes: ☐     No: ☒

1. Cash Collateral approved through January 11, 2019 in approximate amount of $39,500.

    Final Hearing will be January 9, 2019 @ 2:00 in Ctrm #1.

2. Sale approved

    Mr. Henderson to prepare orders.