Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>CHRISTIAN S. RADABAUGH, SR.<br><br>Debtor-in-Possession. | Bankruptcy Case No. 18-34244-pcm11<br><br>ORDER GRANTING DEBTOR'S FIRST AMENDED MOTION FOR: (1) GRANTING SHASTA LIVESTOCK AUCTION YARD ADEQUATE PROTECTION IN RELATION TO TURNOVER OF PROPERTY, (2) AUTHORITY TO SELL PROPERTY OUTSIDE THE ORDINARY COURSE OF BUSINESS, AND (3) ORDER SHORTENING TIME REGARDING NOTICE OF SALE |

This matter came before the Court on Debtor's First Amended Motion for: (1) Order Granting Shasta Livestock Auction Yard Adequate Protection in Relation to Turnover of Property, (2) Authority to Sell Property Outside the Ordinary Course of Business, and (3) Order Shortening Time Regarding Notice of Sale [ECF No. 46] (the "Motion").

Page 1 of 3   ORDER GRANTING ADEQUATE PROTECTION, AUTHORIZING SALE, AND SHORTENING NOTICE PERIOD

{00231781:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 12/21/18

The Court, having reviewed the Motion and the supporting declaration, and, having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's MOTION is GRANTED;

2. Good cause exists to shorten the notice period set forth in Fed. R. Bankr. P. 2002(a), to allow the Debtor's cattle located at Shasta Livestock Auction Yard ("Shasta") to be sold on December 21, 2018.

3. Debtor is authorized to sell the cattle located at Shasta at auction on December 21, 2018. Shasta must deliver all gross proceeds from the sale to Debtor's counsel, by check or wire transfer, and such proceeds will be held in trust until further order of the Court is entered regarding the amount, validity and priority of Shasta's asserted agricultural services lien.

4. Shasta is granted the following adequate protection:

    a. Shasta shall have a continuing lien against the 270 head of cattle turned over to the Debtor, in the same amount and priority as existed as of the date of the turnover; and

    b. Debtor is authorized to pay $2,000 to Shasta from the cash collateral proceeds currently held by Debtor's counsel.

5. Nothing in this Order shall be construed to (a) alter, improve, limit or impair the rights, if any, of Shasta against the Debtor or his assets, nor (b) enhance or otherwise improve the validity of Shasta's asserted security interest as of the date of the turnover, if any; nor (c) prejudice any of GP, LLC's rights, liens, or claims. Further, nothing in this order shall preclude any party in interest from asserting claims for any further amounts that may be owed by the Debtor.

###

Page 2 of 3    ORDER GRANTING ADEQUATE PROTECTION, AUTHORIZING SALE, AND SHORTENING NOTICE PERIOD

{00231781:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 12/21/18

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

ECF Electronic Service:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com, ecf.howard.levine@sussmanshank.com, howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Page 3 of 3    ORDER GRANTING ADEQUATE PROTECTION, AUTHORIZING SALE, AND SHORTENING NOTICE PERIOD

{00231781:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 12/21/18