```
                        United States Bankruptcy Court
                              District of Oregon

In re:                                                          Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                     Chapter 11
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.              Page 1 of 1            Date Rcvd: Dec 21, 2018
                              Form ID: pdf016           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db              Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR  97756
101807802      +3 Springs Ranch,    6661 S 3 SPRINGS RANCH RD,    Powell Butte, OR 97753-2000
101811063      +Alves Family Trust,    2312 Condor Dr.,    Redmond, OR 97756-1263
101811064      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
101811065      +Capital Bank,    Attn: Bankruptcy,    1 Church St. # 300,    Rockville, MD 20850-4190
101807804      +Central Oregon Ranch Supply,    PO Box 103,    Redmond, OR 97756-0010
101811067      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
101811068       Coleen Severence,    15334 NE O'Neill HWY,    Redmond, OR 97756
101811069      +Crook County Property Taxes,    200 NE 2nd St Ste 100,    Prineville, OR 97754-1911
101811070      +Edward Fitch,    Fitch Law Group,    210 SW 5th St., Ste. #2,    Redmond, OR 97756-2136
101807805      +Edward P. Fitch,    210 SW 5th Street, Suite 2,    Redmond, OR 97756-2136
101807806      +Federal Ag. Mortgage Corp. Programs,    500 Fifth Street,    Ames, IA 50010-6063
101807807      +Francis Hansen & Martin,    Attn: Martin Hansen,    1148 NW Hill St,    Bend, OR 97703-1914
101807808      +GP LLC,    8611 NE Ochoco Hwy,    Prineville, OR 97754-7975
101807809      +Harvey C. Thun,    3790 SW Gene Sarazan Dr.,    Redmond, OR 97756-7403
101811071      +Jacolyn Alves,    2312 Condor Dr.,    Redmond, OR 97756-1263
101807812       Les Schwab Tires,    PO Box 646,    Riley, OR 97758
101811072      +Mid Oregon Fcu,    Po Box 6479,    Bend, OR 97708-6479
101807813      +Midstate Fertilizer,    120 SW Glacier Ave.,    Redmond, OR 97756-2829
101811074      +Terrence B O'Sullivan,    Merrill O Sullivan, LLP,    805 SW Industrial Way, Suite 5,
                 Bend, OR 97702-1093
101811075     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
101807815      +Western Heavy Haul,    PO Box 672,    Prineville, OR 97754-0668
101807816      +Zions Agriculatural Finance,    500 5th Street,    Ames, IA 50010-6063
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
101807803      +E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Dec 22 2018 03:24:43      Agco Finance, LLC,
                 PO Box 2000,    Johnston, IA 50131-0020
101811066      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 03:28:44      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
101807811       E-mail/Text: cio.bncmail@irs.gov Dec 22 2018 03:23:46      IRS,
                 Attn: Attorney General of United States,    10th Constitution NW #4400,    Washington, DC 20530
101807814      +E-mail/Text: bankruptcy.revenue@oregon.gov Dec 22 2018 03:23:31      ODR Bkcy,
                 955 Center NE, #353,    Salem, OR 97301-2555
101811073      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2018 03:28:02      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101807810*     +IRS,    Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Christian S. Radabaugh, Sr.,<br><br>Debtor. | Bankruptcy Case<br>No. 18-34244-pcm11<br><br>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE |

Pursuant to 11 U.S.C. §105(a), Fed. R. of Civ. P. 16, Bankr. R. 7016 and 9014, the court directs the debtor-in-possession's attorneys to appear for a case management conference on January 9, 2019 at 2:00 p.m., in Courtroom No. 1, U. S. Bankruptcy Court, 1001 SW Fifth Avenue, Eighth Floor, Portland, Oregon.  The debtor-in-possession may appear by telephone at (888) 684-8852, access code 1238244.  Other interested persons may attend, but are not required to do so.  Absent court approval, any other attending party must appear in the courtroom and may not appear by phone.  The purpose of the conference is to expedite the Chapter 11 case by establishing early and continuing control, to

Page 1 - ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

Typically, matters to be discussed at the conference include the following:

(1) Motions for extension of time to assume or reject leases.

(2) Motions for relief from stay.

(3) Adequate protection.

(4) Operation of the debtor's business.

(5) Preview of the Chapter 11 plan (liquidation or workout; funding; timing of filing disclosure statement and plan, including request to shorten or extend the exclusive period for filing a disclosure statement and plan; estimated administrative expenses, etc.).

(6) Designation as Chapter 11A fast track case.

(7) Feasibility.

(8) Applications for employment of professionals and anticipated budgets for professionals employed by debtor, committees, oversecured creditors, and others who may expect to be paid from the estate.

(9) Whether debtor has filed all prepetition tax returns, and if not, when the returns will be filed.

(10) The contents of a further scheduling and case management order to follow as a result of the conference.

Secured creditors, lien creditors and others contemplating filing motions for relief from stay are advised that many of the issues typically addressed in such motions are likely to be dealt with at the scheduling and case management conference. Secured creditors may prefer to refrain from filing such motions until after the conference.

In order to provide sufficient information to meaningfully discuss management of the case,

IT IS HEREBY ORDERED that:

1. To the extent not previously filed pursuant to 11 U.S.C. § 1116(1), by January 2, 2019, the debtor shall file and serve on the U.S. Trustee, the Creditors' Committee, if any, and any parties requesting special notice:

   (a) A cash flow analysis, prepared on a weekly basis, for the upcoming 120-day period.

   (b) Historical financial information for the past three (3) years. If there is seasonal variation in the debtor's income and expenses, the historical financial information shall include monthly recaps of income and expenses.

   (c) A statement of income and expenses since the date of filing of the petition with an indication as to the amount of paid and unpaid expenses.

   (d) A budget with amounts the debtor expects to incur for professional services during the Chapter 11 case. The budget shall be on a monthly basis.

2. Any party who believes that the estate is liable for attorneys' fees, other professional fees or costs shall file a monthly budget indicating the projected fees which the estate will be asked to pay.

3. Notice is further given that if the debtor-in-possession fails to appear as required and/or fails to file and serve the information required by the Order, this case may be dismissed or converted to Chapter 7 without further notice or hearing, unless, at least three (3)

days prior to the date of the case management conference, a party in interest files a written objection thereto, setting forth the specific grounds for such objection with BOTH: (1) Clerk of the Court, United States Bankruptcy Court, 1001 SW Fifth Ave. #700, Portland, OR 97204, AND (2) Nicholas J. Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor Street, Ste. 300, Portland, OR 97204.

###

cc: Nicholas J. Henderson
Christian S. Radabaugh, Sr.
U.S. Trustee
All Creditors

Page 4 - ORDER SCHEDULING CASE MANAGEMENT CONFERENCE