**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor. | Case No. 18-34244-PCM11<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that the Interim Order Under Section 361 and 362 of The Bankruptcy Code, Authorizing Debtor to Use Cash Collateral and to Grant Adequate Protection [ECF Doc. 56] (the "Order") was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on December 26, 2018.

    I further declare, under penalty of perjury, that on the date above, I served a true and correct copy of the Order on the parties on the attached service list via first-class mail.

DATED: December 26, 2018.    /s/ Mary Perry_____
    Mary Perry, Legal Assistant to Nicholas J. Henderson
    Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 19-60230-pcm11   Doc   Filed 12/26/18

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 18-34244-pcm11<br>District of Oregon<br>Portland<br>Wed Dec 26 14:16:44 PST 2018 | 3 Springs Ranch<br>6661 S 3 SPRINGS RANCH RD<br>Powell Butte, OR 97753-2000 | Agco Finance, LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 |
| Alves Family Trust<br>2312 Condor Dr.<br>Redmond, OR 97756-1263 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Capital Bank<br>Attn: Bankruptcy<br>1 Church St. # 300<br>Rockville, MD 20850-4190 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Oregon Ranch Supply<br>PO Box 103<br>Redmond, OR 97756-0010 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Coleen Severence<br>15334 NE O'Neill HWY<br>Redmond, OR 97756 | Crook County Property Taxes<br>200 NE 2nd St Ste 100<br>Prineville, OR 97754-1911 | Edward Fitch<br>Fitch Law Group<br>210 SW 5th St., Ste. #2<br>Redmond, OR 97756-2136 |
| Edward P. Fitch<br>210 SW 5th Street, Suite 2<br>Redmond, OR 97756-2136 | SARAH FLYNN<br>DOJ-Ust<br>C/O Johnson, Linda D<br>700 Stewart Street<br>Seattle, WA 98101-4439 | Federal Ag. Mortgage Corp. Programs<br>500 Fifth Street<br>Ames, IA 50010-6063 |
| Francis Hansen & Martin<br>Attn: Martin Hansen<br>1148 NW Hill St<br>Bend, OR 97703-1914 | GP LLC<br>8611 NE Ochoco Hwy<br>Prineville, OR 97754-7975 | ~~NICHOLAS J HENDERSON~~<br>~~Motschenbacher & Blattner, LLP~~<br>~~117 SW Taylor Street~~<br>~~Ste 300~~<br>~~Portland, OR 97204-3029~~ |
| Harvey C. Thun<br>3790 SW Gene Sarazan Dr.<br>Redmond, OR 97756-7403 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jacolyn Alves<br>2312 Condor Dr.<br>Redmond, OR 97756-1263 | HOWARD M LEVINE<br>1000 SW Broadway #1400<br>Portland, OR 97205-3066 | Les Schwab Tires<br>PO Box 646<br>Riley, OR 97758 |
| Mid Oregon Fcu<br>Po Box 6479<br>Bend, OR 97708-6479 | Midstate Fertilizer<br>120 SW Glacier Ave.<br>Redmond, OR 97756-2829 | ~~ODR Bkcy~~<br>~~955 Center St NE~~<br>~~Salem, OR 97301-2555~~ |
| ~~ODR Bkcy~~<br>~~955 Center NE, #353~~<br>~~Salem, OR 97301-2555~~ | Christian S. Radabaugh Sr.<br>15334 NE O'Neil Hwy<br>Redmond, OR 97756 | ~~TROY SEXTON~~<br>~~Motschenbacher & Blattner, LLP~~<br>~~117 SW Taylor St~~<br>~~Ste 300~~<br>~~Portland, OR 97204-3029~~ |

Case 19-60230-pcm11    Doc    Filed 12/26/18

| | | |
|---|---|---|
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Terrence B O'Sullivan<br>Merrill O Sullivan, LLP<br>805 SW Industrial Way, Suite 5<br>Bend, OR 97702-1093 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Western Heavy Haul<br>PO Box 672<br>Prineville, OR 97754-0668 | Zions Agriculatural Finance<br>500 5th Street<br>Ames, IA 50010-6063 |