Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>WILLIAM J. BERMAN,<br><br>               Debtor. | Case No. Case No. 19-60230-pcm11<br><br>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANTS FOR DEBTOR<br>(Fischer, Hayes, Joye & Allen, LLC) |

THIS MATTER having come before the Court on the Debtor's Debtor's Application for Authorization to Employ Accountants [ECF No. 53] (the "Application"); the Court having reviewed the Application and accompanying 2014 statement, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Application is granted;

Page 1 of 2
{00248340:2}

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANTS
(Fischer, Hayes, Joye & Allen, LLC)

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 60    Filed 04/11/19

2) In accordance with Bankruptcy Code Section 327(a), Debtor is authorized to retain and employ Fischer, Hayes, Joye & Allen, LLC as of the date of the Application to perform all the services set forth in the Application, on the terms set forth in the Application.

3) Fischer, Hayes, Joye & Allen, LLC's compensation shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including any procedures that may be established under Local Rule 2016-1G

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Order Presented by:

Nicholas J. Henderson, OSB #074027
MOTSCHENBACHER & BLATTNER, LLP
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

SERVICE LIST:

All parties set to receive electronic notification through CM/ECF.

Page 2 of 2 ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANTS
{00248340:2}
(Fischer, Hayes, Joye & Allen, LLC)

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 60    Filed 04/11/19