DISTRICT OF OREGON
**F I L E D**
June 21, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>WILLIAM JOHN BERMAN,<br><br>Debtor. | Case No. 19-60230-pcm11<br><br>STIPULATED ORDER GRANTING LIMITED RELIEF FROM STAY |
|---|---|

This matter having come before the Court on the Motion for Relief from Automatic Stay filed by the Ad Hoc Group of Class Action Plaintiffs (the "Plaintiffs") [ECF No. 47], the parties having stipulated as follows:

1. As part of a negotiated settlement, the parties shall promptly submit for entry a stipulated order avoiding the judgment lien that arose by operation of law upon entry of the judgment that was entered against the Debtor on October 31, 2018 (the "Judgment") in the case of *Hathaway, et al. v. B. & J. Property Investments, Inc. et al.*, Marion County Circuit Court Case No. 13C14321 (the "Lawsuit").

Page 1 of 3   STIPULATED ORDER GRANTING LIMITED RELIEF FROM STAY
{00278725:7}

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 70    Filed 06/21/19

2. Plaintiffs' agreement to avoid the judgment lien applies to the lien only, and shall not affect entry of the Judgment itself.

3. Furthermore, the Plaintiffs' agreement to allow the avoidance of the judgment lien against Debtor's personal residence shall not have any preclusive effect on the Plaintiffs' claims against the Debtor or the Debtor's affiliate, B. & J. Property Investments, Inc.

The Court having reviewed the matter and finding good cause:

IT IS HEREBY ORDERED that the automatic stay is hereby modified to allow the Oregon Circuit Court to continue proceedings related to the determination of attorney's fees and costs and entry of a supplemental judgment, if appropriate, in the case *Hathaway, et al. v. B. & J. Property Investments, Inc. et al.*, Marion County Circuit Court Case No. 13C14321.

IT IS FURTHER ORDERED that any amounts that may be awarded in any supplemental judgement shall not become a lien on any real property or other assets of Debtor and any purported lien, statutory or otherwise, with respect to a supplemental judgment, is hereby deemed invalid and of no force or effect. Any supplemental judgment shall state on its face that it shall not constitute a lien on the real property or other assets.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 of 3   STIPULATED ORDER GRANTING LIMITED RELIEF FROM STAY

{00278725:7}

**Motschenbacher & Blattner LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 70    Filed 06/21/19

IT IS FURTHER ORDERED that Plaintiffs may proceed with the ongoing appeal filed by Debtor including, but not limited to, making settlement offers, filing briefs, and any other action required.

###

**I certify that I have complied with the requirements of LBR 9021-1(a).**

Presented by:
MOTSCHENBACHER AND BLATTNER LLP
Nicholas J. Henderson, OSB #074027
Telephone: (503) 417-0508
Email: nhenderson@portlaw.com
   Of Attorneys for William John Berman


Parties to Serve:
Electronically:
- All CM/ECF participants.

Via First-Class Mail:
- Hunter Emerick
- Saalfeld Griggs PC
- Susan Stoehr
- Stephen Joye
- Nancy Wolf


IT IS SO STIPULATED:

| MOTSCHENBACHER AND BLATTNER LLP | KARNES LAW OFFICE, PC |
|---|---|
| By: /s/ Nicholas J. Henderson | By: /s/ Keith D. Karnes |
| Nicholas J. Henderson, OSB #074027 | Keith D. Karnes, OSB # 033521 |
| Of Attorneys for Debtor-in-Possession William John Berman | |

Page 3 of 3   STIPULATED ORDER GRANTING LIMITED RELIEF FROM STAY

{00278725:7}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 70    Filed 06/21/19