# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 18-34244-pcm11 |
| CHRISTIAN S. RADABAUGH, | NOTICE OF HEARING |
| Debtor. | |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

> Debtor's Notice of Intent, Motion for Order Authorizing Interim Distributions of Sale Proceeds; and Motion to Shorten Time (the "Motion")

WILL BE HELD in Courtroom #1 at the U.S. Bankruptcy Court located at 1050 SW 6th St. #700, Portland, OR 97204 on Wednesday. January 23rd at 11:30 a.m.

A copy of the Motion was served upon you by first class mail on December 31, 2018.  If you wish to obtain an additional copy of the Motion, please contact Debtor's counsel, Nicholas J. Henderson, Motschenbacher & Blattner LLP, 117 SW Taylor Street, Suite 300, Portland, OR 97204, phone: (503) 417-0500, or e-mail: nhenderson@portlaw.com.

I hereby certify that on <u>January 2, 2019</u>, I served copies of this Notice by U.S. Mail, postage prepaid, on the Debtor; any debtor's attorney; the U.S. Trustee; and all creditors listed on the mailing matrix maintained by the Clerk of the Court on January 2, 2019, which is attached.

MOTSCHENBACHER & BLATTNER LLP


 /s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB# 074027
Of Attorneys for Debtor

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

{00234284:1}

Label Matrix for local noticing
0979-3
Case 18-34244-pcm11
District of Oregon
Portland
Wed Jan  2 15:10:07 PST 2019

3 Springs Ranch
6661 S 3 SPRINGS RANCH RD
Powell Butte, OR 97753-2000

Agco Finance, LLC
PO Box 2000
Johnston, IA 50131-0020

Alves Family Trust
2312 Condor Dr.
Redmond, OR 97756-1263

Bank Of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Capital Bank
Attn: Bankruptcy
1 Church St. # 300
Rockville, MD 20850-4190

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Central Oregon Ranch Supply
PO Box 103
Redmond, OR 97756-0010

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Coleen Severence
15334 NE O'Neill HWY
Redmond, OR 97756

Crook County Property Taxes
200 NE 2nd St Ste 100
Prineville, OR 97754-1911

Edward Fitch
Fitch Law Group
210 SW 5th St., Ste. #2
Redmond, OR 97756-2136

Edward P. Fitch
210 SW 5th Street, Suite 2
Redmond, OR 97756-2136

Federal Ag. Mortgage Corp. Programs
500 Fifth Street
Ames, IA 50010-6063

Francis Hansen & Martin
Attn: Martin Hansen
1148 NW Hill St
Bend, OR 97703-1914

GP LLC
8611 NE Ochoco Hwy
Prineville, OR 97754-7975

Harvey C. Thun
3790 SW Gene Sarazan Dr.
Redmond, OR 97756-7403

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jacolyn Alves
2312 Condor Dr.
Redmond, OR 97756-1263

Les Schwab
PO Box 3530
Bend, OR 97707-0530

Mid Oregon Fcu
Po Box 6479
Bend, OR 97708-6479

Mid State Fertilizer Co
120 SE Glacier Ave.
Redmond, OR 97756

ODR Bkcy
955 Center NE, #353
Salem, OR 97301-2555

Synchrony Bank/Lowes
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Terrence B O'Sullivan
Merrill O Sullivan, LLP
805 SW Industrial Way, Suite 5
Bend, OR 97702-1093

(p)WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

Western Heavy Haul
PO Box 672
Prineville, OR 97754-0668

Zions Agriculatural Finance
500 5th Street
Ames, IA 50010-6063