**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>                    Debtor. | Case No. 18-34244-pcm11<br><br>WITHDRAWAL OF CREDITOR CHANGE OF ADDRESS FORMS<br>[ECF Nos. 64, 66-70] |

Debtor-in-Possession, Christian S. Radabaugh, Sr., hereby withdraws the Creditor Change of Address forms filed January 2, 2019 for the following creditors:

1) Pentti Forsman [ECF No. 64];

2) STRADA Capital Corporation [ECF No. 66];

3) Eric Hartwig [ECF No. 67];

4) Mitchell Fry [ECF No. 68];

5) TCF Equipment [ECF No. 69]; and

6) Alpine Food Distributing, Inc. [ECF No. 70].

                                      DATED January 2, 2019.

                                      MOTSCHENBACHER & BLATTNER LLP

                                      /s/ Nicholas J. Henderson
                                      Nicholas J. Henderson, OSB #074027
                                      Of Attorneys for Debtor-in-Possession

# CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2019, I served the foregoing WITHDRAWAL OF CREDITOR CHANGE OF ADDRESS FORMS [ECF Nos. 64, 66-70] on the following by mailing first class, postage prepaid, to the following:

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

THE FOLLOWING WERE SERVED ELECTRONICALLY THROUGH ECF/PACER:

- SARAH FLYNN     sarah.flynn@usdoj.gov
- MARTIN E HANSEN     meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;carol@francishansen.com;jerry@francishansen.com;regina@francishansen.com
- HOWARD M LEVINE     hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland     USTPRegion18.PL.ECF@usdoj.gov

                          MOTSCHENBACHER & BLATTNER, LLP

                          /s/ Nicholas J. Henderson
                          Nicholas J. Henderson, OSB #074027
                          Of Attorneys for Debtor-in-Possession