**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor. | Case No. 18-34244-pcm11<br><br>DEBTOR'S STATEMENT IN ADVANCE OF CASE MANAGEMENT CONFERENCE |

Debtor-in-Possession, Christian S. Radabaugh, Sr. (the "Debtor"), submits this report in advance of the Case Management Conference scheduled for January 9, 2019 at 2:00 p.m. In anticipation of the topics to be discussed, the Debtor submits the following:

1. **Debtor's Business Operations and Cash Flow Analysis.**

The Debtor operates a cattle ranching and breeding business, a rock quarry, and provides hauling and haying services. The Debtor does not have any employees, but occasionally uses contract labor to maintain his ranch. Attached as <u>Exhibit A</u> is a cash flow analysis prepared on a weekly basis, for the upcoming 120-day period.

/ / / / /

/ / / / /

Page 1 of 3     CASE MANAGEMENT STATEMENT

{00235043:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 01/07/19

2. **Motion for Relief from Stay.**

   No motions for relief have been filed, and none are anticipated in the foreseeable future.

3. **Leases / Executory Contracts.**

   Debtor leases more than 7,000 acres of grazing land, with rent paid annually each October, in the amount of $13,500 per year. Debtor anticipates assuming the lease.

4. **Prepetition Taxes / Historical Financial Information for the Past Three Years.**

   Attached as <u>Exhibit B</u> is a summary of the Debtor's historical financial information for the three years prior to the Petition. The Debtor's income is not seasonal, so the summary was prepared on a year-by-year basis.

5. **Statement of Income and Expenses since the Filing of the Petition.**

   Attached as <u>Exhibit C</u> is a statement of the Debtor's income and expenses since the filing of the Petition. Other than the trucking/freight expenses, which were incurred to move Debtor's cattle from Shasta Livestock Auction, the expenses listed on <u>Exhibit C</u> were incurred and paid in the ordinary course of Debtor's business.

6. **Employment of Professionals and Estimate of Professional Fees.**

   As of the date hereof, the Debtor has applied for the authority to employ the law firm of Motschenbacher & Blattner, LLP as general bankruptcy counsel. A monthly budget for these professionals is attached as <u>Exhibit D</u>. Estimated professional fees are as follows:

   <u>Estimated Professional Fees:</u>
   Motschenbacher & Blattner, LLP           $107,500
   SGA, CPAs                                $3,500

/ / / / /

/ / / / /

/ / / / /

Page 2 of 3     CASE MANAGEMENT STATEMENT

{00235043:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc    Filed 01/07/19

These budgets are based on good faith estimates and no assurance can be given that the actual amounts will not exceed the estimates. All professionals reserve the right to amend their budgets or apply for professional fees and/or expenses in excess of the budgeted amounts.

Dated: January 7, 2019.  MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Of Attorneys for Debtor

Page 3 of 3   CASE MANAGEMENT STATEMENT

{00235043:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11   Doc   Filed 01/07/19

In re: Christian S. Radabaugh Sr.  
Case No.: 18-34244-pcm11

Exhibit A: Projected Cash Flow Budget

| | Beginning | 12/10/2018 | 12/17/2018 | 12/24/2018 | 12/31/2018 | 1/7/2019 | 1/14/2019 | 1/21/2019 |
|---|---|---|---|---|---|---|---|---|
| **Cash on hand (beginning of week)** | $ 500.00 | $ 500.00 | $ 426,293.17 | $ 411,743.17 | $ 406,293.17 | $ 400,843.17 | $ 412,893.17 | $ 405,643.17 |
| **CASH RECEIPTS** | | | | | | | | |
| Sales of livestock | | $ 428,793.17 | | | | $ 23,000.00 | | |
| Crop sales | | | | | | | | |
| Agricultural program payments | | | | | | | | |
| Crop Sales - Radabaugh Ranch, LLC | | | | | | | | |
| Rock sales | | | | | | | | |
| Trucking custom hauling | | | | | | | | |
| Custom haying | | | | | | | | |
| **TOTAL CASH RECEIPTS** | | $ 428,793.17 | | | | $ 23,000.00 | | |
| Financing (loans, line of credit, etc) | | | | | | | | |
| **Total cash available** | $ 500.00 | $ 429,293.17 | $ 426,293.17 | $ 411,743.17 | $ 406,293.17 | $ 423,843.17 | $ 412,893.17 | $ 405,643.17 |
| **CASH PAID OUT** | | | | | | | | |
| Car and truck expenses | | $ 500.00 | | | | $ 500.00 | | |
| Feed | | | | | | | | |
| Fertilizers and lime | | | | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| Freight and trucking | | | $ 10,000.00 | | | | | |
| Gasoline, fuel, and oil | | | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Insurance (other than health) | | | $ 1,800.00 | | | | $ 1,800.00 | |
| Contract Labor | | | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Rent or lease | | | | | | | | |
| Repairs and maintenance | | | | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Seeds and plants | | | | | | | | |
| Storage and warehousing | | | | | | | | |
| Supplies | | | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Taxes | | | | | | | | |
| Utilities | | | | | | $ 2,500.00 | | |
| Veterinary, breeding, and medicine | | | | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | |
| Other expenses and misc. | | | | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| **SUBTOTAL** | | $ 500.00 | $ 12,550.00 | $ 5,450.00 | $ 5,450.00 | $ 8,450.00 | $ 7,250.00 | $ 2,950.00 |
| GP, LLC | | | | | | | | |
| United States Trustee Quarterly Fees | | | | | | | | |
| Shasta Livestock Auction Yard (Feed and other admin expenses) | | | $ 2,000.00 | | | | | |
| Capital purchases | | | | | | | | |
| Owner Living Expenses (See Schedule J) | | $ 2,500.00 | | | | $ 2,500.00 | | |
| **TOTAL CASH PAID OUT** | | $ 3,000.00 | $ 14,550.00 | $ 5,450.00 | $ 5,450.00 | $ 10,950.00 | $ 7,250.00 | $ 2,950.00 |
| **Cash on hand (end of month)** | $ 500.00 | $ 426,293.17 | $ 411,743.17 | $ 406,293.17 | $ 400,843.17 | $ 412,893.17 | $ 405,643.17 | $ 402,693.17 |

| 1/28/2019 | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 402,693.17 | $ 399,418.17 | $ 392,218.17 | $ 387,468.17 | $ 384,518.17 | $ 381,568.17 | $ 433,868.17 | $ 429,118.17 | $ 426,168.17 | $ 423,218.17 | $ 593,018.17 |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | $ 150,000.00 |  |
|  |  |  |  |  | $ 32,500.00 |  |  |  |  |  |
|  |  | $ 1,750.00 |  |  | $ 3,500.00 |  |  |  | $ 3,500.00 |  |
|  |  |  |  |  | $ 17,000.00 |  |  |  | $ 17,000.00 |  |
|  |  | $ 3,250.00 |  |  | $ 6,500.00 |  |  |  | $ 6,500.00 |  |
|  |  |  |  |  | $ 59,500.00 |  |  |  | $ 177,000.00 |  |
| $ 402,693.17 | $ 399,418.17 | $ 392,218.17 | $ 387,468.17 | $ 384,518.17 | $ 441,068.17 | $ 433,868.17 | $ 429,118.17 | $ 426,168.17 | $ 600,218.17 | $ 593,018.17 |
|  |  |  |  |  |  |  |  |  |  |  |
|  | $ 500.00 |  |  |  | $ 500.00 |  |  |  | $ 500.00 |  |
| $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
|  |  | $ 1,800.00 |  |  |  |  | $ 1,800.00 |  |  | $ 1,800.00 |
| $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
|  | $ 1,250.00 |  |  |  | $ 1,250.00 |  |  |  | $ 1,250.00 |  |
| $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| $ 2,950.00 | $ 4,700.00 | $ 4,750.00 | $ 2,950.00 | $ 2,950.00 | $ 4,700.00 | $ 4,750.00 | $ 2,950.00 | $ 2,950.00 | $ 4,700.00 | $ 4,750.00 |
| $ 325.00 |  |  |  |  |  |  |  |  |  |  |
|  | $ 2,500.00 |  |  |  | $ 2,500.00 |  |  |  | $ 2,500.00 |  |
| $ 3,275.00 | $ 7,200.00 | $ 4,750.00 | $ 2,950.00 | $ 2,950.00 | $ 7,200.00 | $ 4,750.00 | $ 2,950.00 | $ 2,950.00 | $ 7,200.00 | $ 4,750.00 |
| $ 399,418.17 | $ 392,218.17 | $ 387,468.17 | $ 384,518.17 | $ 381,568.17 | $ 433,868.17 | $ 429,118.17 | $ 426,168.17 | $ 423,218.17 | $ 593,018.17 | $ 588,268.17 |

# EXHIBIT B
# DEBTOR'S HISTORIC FINANCIAL INFORMATION

**Farm Income:**

|  | **2016** | **2017** | **2018** |
|---|---|---|---|
| **Gross Income** | $904,000 | $932,704 | $702,561 |
| **Operating Expenses** | ($939,834) | ($1,155,275) | Unknown[1] |
| **Net Income** | ($35,834) | ($222,571) | Unknown |

---

[1] Debtor is currently compiling information for tax purposes, and is unable to provide specific information at this time.

# EXHIBIT C
## STATEMENT OF POST-PETITION INCOME AND EXPENSES

| | |
|---|---|
| Cattle Sales Income Received Since Petition: | $428,793.17 |
| Haying / Hauling Income Received Since Petition: | $7,554.70 |
| Total Post-Petition Income: | $436,347.87 |

Operating Expenses Paid Since Petition:
- Trucking / Freight: ($9,044.00)
- Misc. Expenses: ($1,206.35)
- Contract Labor ($4,614.86)

Total Expenses: ($14,865.21)

# EXHIBIT D
# PROFESSIONAL FEE ESTIMATES

| Professional | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | Totals |
|---|---|---|---|---|---|---|---|
| Motschenbacher & Blattner LLP | $25,000 | $15,000 | $20,000 | $20,000 | $20,000 | $7,500 | $107,500 |
| SGA, CPAs | $0 | $0 | $0 | $0 | $3,500 | $0 | $3,500 |