DISTRICT OF OREGON
**F I L E D**
January 08, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re: | Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, SR., | ORDER GRANTING MOTION TO EXTEND TIME TO FILE CASE MANAGEMENT DOCUMENTS |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Motion to Extend Time to File Case Management Documents by Christian S. Radabaugh, Sr., ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2 - ORDER GRANTING MOTION TO EXTEND TIME
{00235059:1}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/08/19

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file the Case Management Documents by January 7, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor

Page 2 of 2 - ORDER GRANTING MOTION TO EXTEND TIME
{00235059:1}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/08/19