**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 18-34244-PCM11 |
| CHRISTIAN S. RADABAUGH, SR., | CERTIFICATE OF SERVICE |
| Debtor. | |

I hereby certify that the Order Granting Motion to Extend Time to File Case Management Documents [ECF Doc. 76] (the "Order" ) was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on January 8, 2019.

I further declare, under penalty of perjury, that on January 9, 2019, I served a true and correct copy of the Order on the following party:

ODR Bkcy
955 Center St. NE
Salem, OR 97301

DATED: January 9, 2019        /s/ Mary Perry_____
                              Mary Perry, Legal Assistant
                              Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

Case 19-60230-pcm11    Doc    Filed 01/09/19