| | | |
|---|---|---|
| 01/09/2019 | **WEDNESDAY** | Judge Peter C McKittrick |
| **2:00 PM** 18-34244 pcm 11 bk | **Christian S. Radabaugh, Sr.** | |

**Case Management Conference**

Christian S. Radabaugh - db    NICHOLAS J HENDERSON

**Notice of Final Hearing and Motion For Authority to Use Cash Collateral i /i . Filed by Debtor Christian S. Radabaugh Sr. Hearing Scheduled for 1/9/2019 at 02:00 PM in/by Courtroom #1,Portland. (HENDERSON, NICHOLAS) (54)**

See Sign in sheet attached

Evidentiary Hearing:    Yes: ☐    No: ☒

Cash Collateral approved, subject to order acceptable to UST on default terms.

Case Management order to be submitted by UST.

Amended Schedules due January 23, 2019.

Plan due April 1, 2019.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers  ☒  Ms. Flynn

DOCKET ENTRY:

In Re: C. Radabaugh, Debtor

Case # 18-34244

## List of Persons Attending

Hearing date 1/9/19

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Nicholas Henderson | Debtor |
| Christian Radabaugh | Debtor |
| Howard Levine | GP Inc |
| Richard Pixley | GP Inc |
| Sandy " | GP Inc |
| Sarah Flynn | US Trustee |