
Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

Date: January 10, 2019
Letter ID: L1393655680


CHRISTIAN S RADABAUGH SR
6910 NE GOPHER DR
PRINEVILLE OR 97754-8624

## Return Received

Debtor(s): CHRISTIAN S. RADABAUGH SR

Bankruptcy Case Number: 18-34244-pcm11

Our records show that we have received Oregon tax return(s) previously requested, or returns are not required.

After reviewing the returns, department staff may adjust tax-to-pay or refund amounts. Once we have completed processing, we will file our proof of claim.

If you have any questions, please call.

/s/ Malia Cole, Bankruptcy Unit
Personal Tax and Compliance
(503) 798-0593

cc: Attorney
    Debtor
    Bankruptcy Court

**Do you have questions or need help?**
www.oregon.gov/dor
(503) 378-4988 or (800) 356-4222
questions.dor@oregon.gov
Contact us for ADA accommodations or assistance in other languages.



Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

# Certificate of Service

Case Number:18-34244-pcm11
Debtor(s) Name: CHRISTIAN S. RADABAUGH SR

___

I certify that on January 10, 2019 copies of the Withdrawal of Objection (Return Received letter) were mailed to:

Electronically transferred (ECF) to addressee(s) as follows:
Addressee(s):

.
MOTSCHENBACHER & BLATTNER, LLP

First class mail to addressee(s) as follows:
Addressee(s):

CHRISTIAN S RADABAUGH SR
6910 NE GOPHER DR
PRINEVILLE OR  97754-8624


/s/ Malia Cole, Bankruptcy Unit
Personal Tax and Compliance
Phone: (503) 798-0593
Fax: (503) 945-8735