Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Christian S. Radabaugh, Sr. | Case No. 18-34244-pcm11<br><br>**ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION** |

Following a hearing on January 9, 2019, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

IT IS HEREBY ORDERED that:

1. The deadline for the Debtor to file a Disclosure Statement and Plan of Reorganization is April 1, 2019.

2. By January 23, 2019, the Debtor shall file amended bankruptcy schedules, statements, and/or forms.

###

**Page 1 - ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION**

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


 /s/ Sarah R. Flynn
Sarah R. Flynn, NCBA# 42829
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (206) 553-2000 x232
Sarah.Flynn@usdoj.gov

Copies to:

| | |
|---|---|
| Christian S. Radabaugh, Sr. | Nicholas J Henderson |
| 15334 NE O'Neil Hwy | Motschenbacher & Blattner, LLP |
| Redmond OR 97756 | 117 SW Taylor Street, Ste 300 |
| | Portland OR 97204 |

**Page 2 - ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION**