```
                            United States Bankruptcy Court
                                 District of Oregon
In re:                                                           Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                      Chapter 11
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0979-3       User: Admin.             Page 1 of 1          Date Rcvd: Jan 11, 2019
                           Form ID: pdf018          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db           Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR  97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

In re

Christian S. Radabaugh, Sr.

Case No. 18-34244-pcm11

**ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION**

Following a hearing on January 9, 2019, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

IT IS HEREBY ORDERED that:

1. The deadline for the Debtor to file a Disclosure Statement and Plan of Reorganization is April 1, 2019.

2. By January 23, 2019, the Debtor shall file amended bankruptcy schedules, statements, and/or forms.

###

**Page 1 - ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION**

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


 /s/ Sarah R. Flynn
Sarah R. Flynn, NCBA# 42829
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (206) 553-2000 x232
Sarah.Flynn@usdoj.gov

Copies to:

| Christian S. Radabaugh, Sr. | Nicholas J Henderson |
|---|---|
| 15334 NE O'Neil Hwy | Motschenbacher & Blattner, LLP |
| Redmond OR 97756 | 117 SW Taylor Street, Ste 300 |
| | Portland OR 97204 |

**Page 2 - ORDER SETTING DEADLINES TO FILE DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, AND OTHER INFORMATION**