**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Of Attorneys for Debtor-in-Possession.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor. | Case No. 18-34244-pcm11<br><br>MOTION TO EXTEND TIME TO FILE RULE 2015 FINANCIAL REPORT |

      Christian S. Radabaugh, Sr., (the "Debtor"), as debtor-in-possession, hereby moves this Court for the entry of an order extending the deadline by which the Rule 2015 Financial Report (the "Report") must be filed from January 22, 2019 to January 31, 2019. In support of the motion, Debtor asserts the following:

      1.     Part of the Debtor's business operations involves the Debtor hauling cattle for other cattle ranchers. This is particularly true outside of calving season, when the Debtor's own cattle herd does not require his regular attendance and maintenance. In the past three weeks, the Debtor has been regularly engaged in hauling cattle for others, driving thousands of miles in the process. During this time he has been away from his business and the documents necessary to

Page 1 – MOTION TO EXTEND TIME
{00238649:1}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/22/19

prepare the report. Consequently, he needs additional time to prepare the report and to review the report with his attorneys.

2.  Extending the deadline to January 31, 2019 will not prejudice any other parties or creditors in the case. This case is still in its infancy, and no significant case events have taken place that would be revealed by the Report.

WHEREFORE, the Debtor prays for the Court to enter an order in the form attached hereto as **Exhibit 1**, extending the deadline by which the Debtor's Rule 2015 Financial Report must be filed, from January 22, 2019 to January 31, 2019

DATED January 22, 2019

MOTSCHENBACHER & BLATTNER LLP

By: /s/ Troy G. Sexton
    Troy G. Sexton, OSB #115184
    Of Attorneys for Debtor-in-Possession

Page 2 – MOTION TO EXTEND TIME
{00238649:1}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/22/19

# EXHIBIT 1

# PROPOSED ORDER

{00238649:1}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor-in-Possession, | Case No. 18-34244-pcm11<br><br>ORDER GRANTING MOTION TO EXTEND TIME |

THIS MATTER having come before the Court on the Motion to Extend Time to file Debtor's Rule 2015 Financial Report filed by Christian S. Radabaugh , Sr. ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file the Rule 2015 Financial Report by January 31, 2019.

### 

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for Debtor-in-Possession

{00238649:1}     ORDER GRANTING MOTION TO EXTEND TIME

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

# CERTIFICATE OF SERVICE

I, Troy G. Sexton, hereby certify that on January 22, 2019, a full and true copy of the foregoing MOTION TO EXTEND TIME TO FILE RULE 2015 FINANCIAL REPORT was serviced on the following recipients electronically via ECF:

- All ECF Participants

Dated: <u>January 22, 2019</u>                   <u>/s/ Troy G. Sexton</u>
                                                  Troy G. Sexton
                                                  Of Attorneys for Debtor-in-Possession

{00238649:1}      CERTIFICATE OF SERVICE

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/22/19