Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor-in-Possession, | Case No. 18-34244-pcm11<br><br>ORDER GRANTING MOTION TO EXTEND TIME |
|---|---|

THIS MATTER having come before the Court on the Motion to Extend Time to file Debtor's Rule 2015 Financial Report filed by Christian S. Radabaugh , Sr. ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file the Rule 2015 Financial Report by January 31, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for Debtor-in-Possession

{00238649:1}    ORDER GRANTING MOTION TO EXTEND TIME

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501