**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

    Of Attorneys for Debtor-in-Possession.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor. | Case No. 18-34244-pcm11<br><br>MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULES |
|---|---|

Christian S. Radabaugh, Sr., (the "Debtor"), as debtor-in-possession, hereby moves this Court for the entry of an order extending the deadline by which the Amended Schedules (the "Schedules") must be filed from January 23, 2019 to January 25, 2019. In support of the motion, Debtor asserts the following:

1. On January 11, 2019, the Court entered a Scheduling Order [EFC No. 83] requiring the Debtor to file amended schedules on or before January 23, 2019.

2. Debtor and Counsel have been diligently working on preparing amended schedules as ordered, however, Debtor needs additional time to review the amended schedules drafted by Counsel. Debtor has been unable to review the schedules because he has been out of town due to his business of hauling cattle for other ranchers.

Page 1 – MOTION TO EXTEND TIME
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/23/19

3. The requested extension is minimal, and thus should not prejudice any parties in interest. The Debtor asserts that this request is not made for purposes of delay.

WHEREFORE, the Debtor prays for the Court to enter an order in the form attached hereto as **Exhibit 1**, extending the deadline set forth in the Court's prior Scheduling Order, requiring the Debtor to file his amended schedules on or before January 25, 2019.

DATED January 23, 2019

                                                MOTSCHENBACHER & BLATTNER LLP

                                                By:/s/ Nicholas J. Henderson
                                                   Nicholas J. Henderson, OSB #074027
                                                   Of Attorneys for Debtor-in-Possession

Page 2 – MOTION TO EXTEND TIME
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/23/19

# EXHIBIT 1

# PROPOSED ORDER

{00238862:2}

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

CHRISTIAN S. RADABAUGH, SR.,

Debtor-in-Possession,

Case No. 18-34244-pcm11

ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULES

THIS MATTER having come before the Court on the Motion to Extend Time to file Debtor's Amended Schedules filed by Christian S. Radabaugh, Sr. ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file his Amended Schedules by January 25, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor-in-Possession

PAGE 1 - ORDER GRANTING MOTION TO EXTEND TIME
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/23/19

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, a full and true copy of the foregoing MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULES was serviced on all ECF participants via the Court's CM/ECF processes:

Dated: <u>January 23, 2019</u>    <u>/s/ Nicholas J. Henderson</u>
Nicholas J. Henderson
Of Attorneys for Debtor-in-Possession

CERTIFICATE OF SERVICE
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/23/19