Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re: | Case No.: 18-34244-pcm11 |
|---|---|
| Christian S. Radabaugh Sr. | ORDER GRANTING MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTIONS OF SALE PROCEEDS |
| Debtor-in-Possession. | |

THIS MATTER came before the Court on Debtor's Motion for Order Authorizing Interim Distributions of Sale Proceeds [Docket No. 62] (the "Motion").

Based on 11 USC §§105, Bankruptcy Rules 2002(a)(2), LBR 2002-1(b), and Debtor's Motion, and the court finding that the Debtor has provided appropriate notice and that no timely objections have been filed,

IT IS HEREBY ORDERED as follows:

1) The Debtor's Motion is GRANTED;

Page 1 of 2 – ORDER AUTHORIZING INTERIM DISTRIBUTIONS
{00232800:4}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 18-34244-pcm11    Doc 91    Filed 01/24/19

2) The Debtor is authorized to immediately pay GP, LLC from the proceeds of pre-petition cattle sales (the "Sale Proceeds'), in the amount of $375,000.

3) The remaining Sale Proceeds shall be held by Debtor until further order of this Court.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: nhenderson@portlaw.com
Attorneys for Debtor

Page 2 of 2 – ORDER AUTHORIZING INTERIM DISTRIBUTIONS
{00232800:4}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 18-34244-pcm11    Doc 91    Filed 01/24/19