Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>Debtor-in-Possession, | Case No. 18-34244-pcm11<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULES |
|---|---|

THIS MATTER having come before the Court on the Motion to Extend Time to file Debtor's Amended Schedules filed by Christian S. Radabaugh, Sr. ("Debtor"). The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file his Amended Schedules by January 25, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor-in-Possession

PAGE 1 - ORDER GRANTING MOTION TO EXTEND TIME
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/24/19

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, a full and true copy of the foregoing MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULES was serviced on all ECF participants via the Court's CM/ECF processes:

Dated: January 23, 2019 /s/ Nicholas J. Henderson
Nicholas J. Henderson
Of Attorneys for Debtor-in-Possession

CERTIFICATE OF SERVICE
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/24/19