**11:30**  **18-34244 pcm 11 bk**  **Christian S. Radabaugh, Sr.**

**Notice of Intent, Motion for Order Authorizing Interim Distributions of Sale Proceeds; and Motion to Shorten Time  i  /i and Supporting Document(s). Filed by Debtor Christian S. Radabaugh Sr. (HENDERSON, NICHOLAS) (62)**

Christian S. Radabaugh - db  TROY SEXTON  **N. Henderson**
**H. Levine - GP LLC**

Evidentiary Hearing:  Yes: ☐  No: ☑

**Motion Approved**

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY: