```
                    United States Bankruptcy Court
                          District of Oregon
In re:                                                      Case No. 18-34244-pcm
Christian S. Radabaugh, Sr.                                 Chapter 11
         Debtor
                         CERTIFICATE OF NOTICE
District/off: 0979-3        User: Admin.          Page 1 of 1       Date Rcvd: Jan 24, 2019
                           Form ID: pdf018        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db           Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR  97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
NONE.                                                                          TOTAL: 0
```

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re:

CHRISTIAN S. RADABAUGH, SR.,

        Debtor-in-Possession,

Case No. 18-34244-pcm11

ORDER GRANTING MOTION TO
EXTEND TIME TO FILE AMENDED
SCHEDULES

THIS MATTER having come before the Court on the Motion to Extend Time to file

Debtor's Amended Schedules filed by Christian S. Radabaugh, Sr. ("Debtor"). The Court having

reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion to Extend Time is GRANTED.

2) The Debtor shall file his Amended Schedules by January 25, 2019.

###

Order Presented By:
MOTSCHENBACHER & BLATTNER LLP
By:/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor-in-Possession

PAGE 1 - ORDER GRANTING MOTION TO EXTEND TIME
{00238862:2}

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2019, a full and true copy of the foregoing MOTION

TO EXTEND TIME TO FILE AMENDED SCHEDULES was serviced on all ECF participants

via the Court's CM/ECF processes:


Dated: <u>January 23, 2019</u>                                    /s/ Nicholas J. Henderson
                                                                Nicholas J. Henderson
                                                                Of Attorneys for Debtor-in-Possession

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501