UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re       )    Case No. _____
            )
            )    **Notice of Debtor's**
            )    **Amendment of Mailing List or**
Debtor(s)   )    **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

   A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

   B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

   C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

   D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

   E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

   F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

   A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

      1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

      2. Each applicable amended schedule.

      3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

      4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

5. Chapter 9, 11, 12, or 13:

   - The notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

   - The most recent confirmation order, the most recent confirmed plan, and, if a confirmed chapter 11 plan, the approved disclosure statement.

6. Chapter 11, 12 or 13: Any notice of modification of plan, including attachments, if time for objection has not expired.

7. Chapter 9 or 11:

   - The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders.

   - The notice of any pending hearing on a disclosure statement, with attachments.

B. When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice, the applicable amended schedule(s), and the following:

1. A notice to each deleted creditor that:

   - the creditor is being deleted and will not receive any further notices; and

   - if time has been fixed to file a proof of claim, the creditor should contact the creditor's attorney with any claims questions.

2. Chapter 9 or 11: A notice to each affected creditor that a proof of claim must be filed by the later of (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

3. **Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that: (A) all applicable requirements above have been completed; and (B) the attachments are true and correct or were individually verified by the debtor(s).

Dated: _____          _____
                            Signature

                            _____
                            Type or Print Signer's Name <u>and</u> Phone No.

                            _____
                            Debtor's Address & Taxpayer ID#(s) (last 4 digits)

Fill in this information to identify your case:

Debtor 1 **Christian S. Radabaugh, Sr.**
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number   **18-34244**
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ **6,250,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... $ **2,595,658.67**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ **8,845,658.67**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **5,182,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **67,000.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **370,134.00**

   **Your total liabilities**  $ **5,619,134.00**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................... $ **33,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................... $ **2,500.00**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 1 of 2

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.　　$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 67,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 67,000.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Christian S. Radabaugh, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | 18-34244 | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

**2.1** **Agco Finance, LLC**
Creditor's Name

c/o Corporation Service Co., Reg. Agent
1127 Broadway Street NE, Ste. 310
Salem, OR 97301
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $47,000.00 $120,000.00 $0.00

**Massey Ferguson 2170 Baler - Value: $80,000**
**Challenger Swather SP185C and Rotary Disk Head - Value: $40,000**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 1/15/18   **Last 4 digits of account number** _____

**2.2** **Crook County Property Taxes**
Creditor's Name

200 NE 2nd St Ste 100
Prineville, OR 97754-4000
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $30,000.00 $6,250,000.00 $0.00

**15334 NE O'Neil Hwy Redmond, OR 97756  Crook County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

| Debtor 1 | **Christian S. Radabaugh, Sr.** | | Case number (if known) | **18-34244** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

☐ **Check if this claim relates to a community debt**  ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 | **Edward Fitch** | Describe the property that secures the claim: | $128,000.00 | $6,250,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Judgment lien: 15334 NE O'Neil Hwy Redmond, OR 97756; Security interest in Debtor's equipment** | | | |

**Fitch Law Group**
**210 SW 5th St., Ste. #2**
**Redmond, OR 97756**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 9/17/2018   **Last 4 digits of account number** _____

---

| 2.4 | **GP LLC** | Describe the property that secures the claim: | $2,000,000.00 | $6,250,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Deed of Trust: 15334 NE O'Neil Hwy Redmond, OR 97756  Crook County; and Security interest in cattle and quarried rock** | | | |

**8611 NE Ochoco Hwy**
**Prineville, OR 97754**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 4/10/18   **Last 4 digits of account number** _____

---

| 2.5 | **Shasta Livestock Auction Yard** | Describe the property that secures the claim: | $47,000.00 | $1,125,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **305 head of cattle (subsequent to the petition, 35 head sold, 270 head returned to Debtor)** | | | |

**3917 Main St**
**Cottonwood, CA 96022**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | | |
|---|---|---|---|
Debtor 1 **Christian S. Radabaugh, Sr.**     Case number (if known) **18-34244**
First Name    Middle Name    Last Name

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ☐ Other (including a right to offset) _____
    community debt

**Date debt was incurred**   **12/5/18**     **Last 4 digits of account number** _____

---

| 2.6 | **Zions Agriculatural Finance** | **Describe the property that secures the claim:** | $2,930,000.00 | $6,250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15334 NE O'Neil Hwy Redmond, OR 97756 Crook County**

**500 5th Street**
**Ames, IA 50010**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only      ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only               car loan)
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ☐ Other (including a right to offset) _____
    community debt

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$5,182,000.00**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$5,182,000.00**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code     On which line in Part 1 did you enter the creditor? **2.1**
**Agco Finance, LLC**
**PO Box 2000**     Last 4 digits of account number ___
**Johnston, IA 50131**

☐   Name, Number, Street, City, State & Zip Code     On which line in Part 1 did you enter the creditor? **2.4**
**Francis Hansen & Martin**
**Attn: Martin Hansen**     Last 4 digits of account number ___
**1148 NW Hill St**
**Bend, OR 97703**

---

| | | | |
|---|---|---|---|
| Debtor 1 | Christian S. Radabaugh, Sr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number | 18-34244 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS** | Last 4 digits of account number | $67,000.00 | $67,000.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operation** | When was the debt incurred? 2015 | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19114-7346** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |
|---|---|---|---|---|

| 2.2 | **ODR Bkcy** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**955 Center NE, #353**
**Salem, OR 97301-2553**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Precautionary**

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Alves Family Trust** | Last 4 digits of account number | | **$67,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2312 Condor Dr.**
**Redmond, OR 97756**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Contract**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |

### 4.2 Bank Of America
Nonpriority Creditor's Name
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zlp Code

**Last 4 digits of account number** 42      $0.00

**When was the debt incurred?** **Opened 08/00  Last Active 5/04/06**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Check Credit Or Line Of Credit**

### 4.3 Capital Bank
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1 Church St. # 300**
**Rockville, MD 20850**
Number Street City State Zlp Code

**Last 4 digits of account number** 1576      $0.00

**When was the debt incurred?** **Opened 03/16  Last Active 8/12/18**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

### 4.4 Capital One
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zlp Code

**Last 4 digits of account number** 7016      $0.00

**When was the debt incurred?** **Opened  2/12/09  Last Active 7/29/11**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

### 4.5 Central Oregon Ranch Supply

Nonpriority Creditor's Name
**PO Box 103**
**Redmond, OR 97756**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $26,045.00

**When was the debt incurred?**  **1/1/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Animal feed**

---

### 4.6 Chase Card Services

Nonpriority Creditor's Name
**Correspondence Dept**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **6401**    $0.00

**When was the debt incurred?**   **Opened 05/99  Last Active 3/06/13**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

### 4.7 Federal Ag. Mortgage Corp. Programs

Nonpriority Creditor's Name
**500 Fifth Street**
**Ames, IA 50010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**   **12/1/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Precautionary**

| Debtor 1 | Christian S. Radabaugh, Sr. | Case number (if known) | 18-34244 |
|---|---|---|---|

### 4.8 Harvey C. Thun
Nonpriority Creditor's Name
**3790 SW Gene Sarazan Dr.**
**Redmond, OR 97756**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     $141,000.00

**When was the debt incurred?** 8/15/17

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Loan**

---

### 4.9 Jacolyn Alves
Nonpriority Creditor's Name
**2312 Condor Dr.**
**Redmond, OR 97756**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     $67,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Same Debt as Alves Family Trust**

---

### 4.10 Les Schwab Tires
Nonpriority Creditor's Name
**PO Box 646**
**Riley, OR 97758**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     $9,293.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tires**

---

| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |
|---|---|---|---|---|

### 4.1 1

**Les Schwab Tires**
Nonpriority Creditor's Name
**PO Box 646**
**Riley, OR 97758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$5,078.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Tractor tires**

### 4.1 2

**Mid Oregon Fcu**
Nonpriority Creditor's Name
**Po Box 6479**
**Bend, OR 97708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0000**     **$0.00**

When was the debt incurred? **Opened 04/03 Last Active 4/20/10**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Check Credit Or Line Of Credit**

### 4.1 3

**Mid Oregon Fcu**
Nonpriority Creditor's Name
**Po Box 6479**
**Bend, OR 97708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0000**     **$0.00**

When was the debt incurred? **Opened 07/00 Last Active 4/20/10**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Automobile**

| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |
|---|---|---|---|---|

### 4.14 Midstate Fertilizer — $44,664.00

**Midstate Fertilizer**
Nonpriority Creditor's Name
**120 SW Glacier Ave.**
**Redmond, OR 97756**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred? **8/10/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Fertilizer**

### 4.15 Synchrony Bank/Lowes — $0.00

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **1823**

When was the debt incurred? **Opened 7/25/16 Last Active 11/27/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

### 4.16 Wells Fargo Bank — $0.00

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 6429**
**Greenville, SC 29606**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **4391**

When was the debt incurred? **Opened 10/99 Last Active 11/14/12**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |

| 4.17 | **Western Heavy Haul** | Last 4 digits of account number | | $10,054.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 672**
**Prineville, OR 97754**
Number Street City State ZIp Code

When was the debt incurred? **3/11/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Repair to semi trucks.**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**IRS**
**Attn: Attorney General of United States**
**10th Constitution NW #4400**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Terrence B O'Sullivan**
**Merrill O'Sullivan, LLP**
**805 SW Industrial Way, Suite 5**
**Bend, OR 97702**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Terrence B O'Sullivan**
**Merrill O'Sullivan, LLP**
**805 SW Industrial Way, Suite 5**
**Bend, OR 97702**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 67,000.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 67,000.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |

| Debtor 1 | Christian S. Radabaugh, Sr. | | Case number (if known) | 18-34244 |
|---|---|---|---|---|

| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 370,134.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 370,134.00 |

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Christian S. Radabaugh, Sr.** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | |
| Case number (if known) | **18-34244** | ■ Check if this is an amended filing |

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **3 Springs Ranch**<br>**6661 S 3 SPRINGS RANCH RD**<br>**Powell Butte, OR 97753** | **7,000 to 8,000 acres of grazing land; $13,500 per year payble annually on Oct 15.**<br>**Debtor is current; Debtor plans to assume.** |
| 2.2 | **Hooker Creek Companies, LLC**<br>**95 SW Scalehouse Lp., Ste. 100**<br>**Bend, OR 97702** | **Rock Quarry Lease**<br>**Dated _____, expires _____**<br>**$0.65/ton for Rock and Dirt Removed from Debtor's Quarry**<br>**Debtor plans to assume** |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christian S. Radabaugh, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | 18-34244 | | |

☐ Check if this is an amended filing

Official Form 106H
## Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1 **Coleen Severence**
**15334 NE O'Neill HWY**
**Redmond, OR 97756**

■ Schedule D, line **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Edward Fitch**

3.2 **Radabaugh Ranch "LLC"**
**15334 NE O'Neil Hwy**
**Redmond, OR 97756**

■ Schedule D, line **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**GP LLC**

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christian S. Radabaugh, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | **18-34244** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Christian S. Radabaugh, Sr.**            X _____
**Christian S. Radabaugh, Sr.**                      Signature of Debtor 2
Signature of Debtor 1

Date **January 26, 2019**                               Date

---

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Agco Finance, LLC
c/o Corporation Service Co., Reg. Agent
1127 Broadway Street NE, Ste. 310
Salem, OR 97301

Hooker Creek Companies, LLC
95 SW Scalehouse Lp., Ste. 100
Bend, OR 97702