**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CHRISTIAN S. RADABAUGH, SR.,<br><br>    Debtor. | Case No. 18-34244-PCM11<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that Order Granting Motion for Order Authorizing Interim Distributions of Sale Proceeds [ECF Doc. 90] (the "<u>Order</u>") was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on January 24, 2019.

DATED: January 29, 2019        /s/ Mary Perry_____
                                              Mary Perry, Legal Assistant
                                              Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 19-60230-pcm11    Doc    Filed 01/29/19