**11:00    19-60230 pcm 11 bk**        **William John Berman**

**Notice of Motion of Claimants for an Order Directing Certain Exhibits to Remain Under Seal. Filed by Creditor Ad Hoc Group of Class Action Plaintiffs Re: a href= https://ecf.orb.uscourts.gov/doc1/150018988987  92 /a Objection to claim 4 of Saalfeld Griggs PC Filed by Creditor Ad Hoc Group of Class Action Plaintiffs (KARNES, KEITH) filed by Creditor Ad Hoc Group of Class Action Plaintiffs (KARNES, KEITH) Modified on 3/12/2020 Corrected Docket Text. (dcm). (100)**

William John Berman - db          TROY SEXTON X

Ad Hoc Group of Class Action     KEITH D KARNES  X

 B and J: Tim Conway

Saafeld Griggs: Erich Paetch

UST-Jonas Anderson

Evidentiary Hearing:          Yes: ☐          No: ☐

Parties working on stipulation to abate claim objections to Saafeld claims filed by Mr. Karnes and by Debtor. This stipulation will also cover request to seal documents. Stipulation will also provide that response deadline for objection to claims filed by Mr. Karnes on behalf of Mr. Hathaway et al in both Berman and B and J will be consolidated and response date extended to May 1.

 Court will expect Stipulation, and if an  issue arises, Mr. Conway will contact the Court to put this matter back on the docket.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:        04/14/20