## POST-CONFIRMATION DISBURSEMENT REPORT

Debtor: William Berman  
Reporting Month: Mar-20  
Case No.: 19-60230-pcm11

| | Bank Name | US Bank | | | | Totals |
|---|---|---|---|---|---|---|
| | Account Number | DIP #8544 | | | | |
| Beginning G/L Balance | | 27,185.49 | | | | 27,185.49 |
| Receipts | | 4,510.19 | | | | 4,510.19 |
| Transfers In | | | | | | - |
| Other: | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| Total Receipts | | 4,510.19 | - | - | - | 4,510.19 |
| Disbursements | | 5,067.79 | | | | 5,067.79 |
| Transfers Out | | | | | | - |
| Other: | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| Total Disbursements | | 5,067.79 | - | - | - | 5,067.79 |
| Ending G/L Balance | | 26,627.89 | - | - | - | 26,627.89 |

Please provide Answers to the following questions:

1. Did the debtor sell any real property or other assets during this reporting period?    No

    If yes, were the gross proceeds of the sale included in one of the reported bank accounts?    _____

2. Did another party, other than the debtor, make disbursements for, or for the benefit of, the debtor during this reporting period?    No

    If yes, provide detail of the disbursements.

3. At the end of the reporting period, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?    No

---

**DEBTOR'S CERTIFICATION OF DISBURSEMENT INFORMATION**

I certify under penalty of perjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature _/s/ William Berman_    Date  04 / 17 / 2020

The debtor, plan agent or administrator, must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.

Doc ID: c90b5ef7e65c9af4a91d69763802e7b9214ab698