Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>B. & J. Property Investments, Inc.,<br>　　　　　Debtor. | Bankruptcy Case No. 19-60138-pcm11 |
| In re<br><br>William J. Berman,<br>　　　　　Debtor | Bankruptcy Case No. 19-60230-pcm11<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING PROOF OF CLAIM OBJECTIONS AND RELATED DEADLINES** |

　　　　This matter came before the Court on the Stipulated Motion Regarding Proof of Claim Objections and Related Deadlines [ECF No. 336] (the "*Motion*"). The Court, having duly considered the matter and finding good case; NOW THEREFORE,

　　　　IT IS HEREBY ORDERED:

　　　　1.　　The Motion is GRANTED;

　　　　2.　　The claim objections filed by Berman in the *In re Berman* case (ECF No. 104 and

106) are deemed effective as of the date of the claim objections filed by B&J in the *In re B. & J. Property Investments, Inc.,* case (ECF 304 and 305) and all proceedings regarding those objections shall be jointly administered and pleadings filed under the joint case caption.

3. All proceedings related to any objections to SG's claims in the Lead Case and the Berman Case including the Plaintiffs SG Claim Objections and the Debtors SG Claim Objections shall be abated until after a Final Order (as defined in the Plan) has been entered in the state court including resolution of appeals. It is expressly agreed, acknowledged and ordered that the closing of the Lead Case or the Berman Case shall not alter or impair any parties rights in any manner and the status quo of the objections and related pleadings shall be preserved until the above captioned bankruptcy cases are reopened.

4. All deadlines related to the Debtors Plaintiffs Claim Objections shall be the same in both cases, and briefing shall be done jointly on the joint case caption.

5. The deadline by which the Plaintiffs' Counsel must respond to the Debtors Plaintiffs Claim Objections is extended to May 1, 2020.

6. The matters which are abated pursuant to this Order are *In re B. & J. Property Investments, Inc*., ECF 287, 305, 324 and 329 in part as it relates to the Saalfeld Griggs claim and *In re Berman* , ECF 92, 93, 100, 106 and 105 in part as it relates to the Saalfeld Griggs claim.[1]

###

Order Presented by:

| MOTSCHENBACHER & BLATTNER LLP | TONKON TORP LLP |
|---|---|
| */s/ Nicholas J. Henderson*<br>Nicholas J. Henderson, OSB No. 074027<br>Telephone: 503-417-0500<br>Email: nhenderson@portlaw.com<br>Of Attorneys for William J. Berman | */s/ Timothy J. Conway*<br>Timothy J. Conway, OSB No. 851752<br>Telephone: 503-802-2027<br>Email: tim.conway@tonkon.com<br>Of Attorneys for B. & J. Property Investments, Inc. |

---

[1] All capitalized terms shall have the meanings given to them in the Motion.