```
                          United States Bankruptcy Court
                                District of Oregon
```

In re:                                                              Case No. 19-60230-pcm
William John Berman                                                 Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0979-6          User: Admin.           Page 1 of 1           Date Rcvd: Apr 24, 2020
                              Form ID: pdf018        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db             +William John Berman,    4490 Silverton Rd. NE,    Salem, OR 97305-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>B. & J. Property Investments, Inc.,<br><br>        Debtor. | Bankruptcy Case No. 19-60138-pcm11 |
| In re<br><br>William J. Berman,<br><br>        Debtor | Bankruptcy Case No. 19-60230-pcm11<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING PROOF OF CLAIM OBJECTIONS AND RELATED DEADLINES** |

This matter came before the Court on the Stipulated Motion Regarding Proof of Claim Objections and Related Deadlines [ECF No. 336] (the "*Motion*"). The Court, having duly considered the matter and finding good case; NOW THEREFORE,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. The claim objections filed by Berman in the *In re Berman* case (ECF No. 104 and

Page 1 of 2    ORDER GRANTING STIPULATED MOTION REGARDING
                      CLAIM OBJECTIONS AND RELATED DEADLINES

106) are deemed effective as of the date of the claim objections filed by B&J in the *In re B. & J. Property Investments, Inc.,* case (ECF 304 and 305) and all proceedings regarding those objections shall be jointly administered and pleadings filed under the joint case caption.

   3. All proceedings related to any objections to SG's claims in the Lead Case and the Berman Case including the Plaintiffs SG Claim Objections and the Debtors SG Claim Objections shall be abated until after a Final Order (as defined in the Plan) has been entered in the state court including resolution of appeals. It is expressly agreed, acknowledged and ordered that the closing of the Lead Case or the Berman Case shall not alter or impair any parties rights in any manner and the status quo of the objections and related pleadings shall be preserved until the above captioned bankruptcy cases are reopened.

   4. All deadlines related to the Debtors Plaintiffs Claim Objections shall be the same in both cases, and briefing shall be done jointly on the joint case caption.

   5. The deadline by which the Plaintiffs' Counsel must respond to the Debtors Plaintiffs Claim Objections is extended to May 1, 2020.

   6. The matters which are abated pursuant to this Order are *In re B. & J. Property Investments, Inc.*, ECF 287, 305, 324 and 329 in part as it relates to the Saalfeld Griggs claim and *In re Berman* , ECF 92, 93, 100, 106 and 105 in part as it relates to the Saalfeld Griggs claim.[1]

###

Order Presented by:

| | |
|---|---|
| MOTSCHENBACHER & BLATTNER LLP | TONKON TORP LLP |
| */s/ Nicholas J. Henderson* | */s/ Timothy J. Conway* |
| Nicholas J. Henderson, OSB No. 074027 | Timothy J. Conway, OSB No. 851752 |
| Telephone: 503-417-0500 | Telephone: 503-802-2027 |
| Email: nhenderson@portlaw.com | Email: tim.conway@tonkon.com |
| Of Attorneys for William J. Berman | Of Attorneys for B. & J. Property Investments, Inc. |

---

[1] All capitalized terms shall have the meanings given to them in the Motion.