**KEITH D. KARNES**, OSB No. 033521
keith@rankkarneslaw.com
**KEVIN J. RANK**, OSB No. 914034
kevin@rankkarneslaw.com
Rank & Karnes Law, PC
2701 12th St. SE
Salem OR 97302
Tel: 503-385-8888
Fax: 503-385-8899

**BRADY MERTZ,** OSB No. 970814
brady@bradymertz.com
Brady Mertz PC
345 Lincoln St SE
Salem OR 97302
Tel: 503-385-0121
Fax: 503-375-2218

**RICK KLINGBEIL,** OSB No. 933326
rick@klingbeil-law.com
Rick Klingbeil PC
1826 NE Broadway
Portland OR 97232
Tel: 503-473-8565

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>WILLIAM JOHN BERMAN,<br><br>Debtor-in-possession, | Case No. 19-60230-pcm11<br><br>REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION |

The Hathaway Claimants hereby respond to Debtor's response to the Motion for Class Certification.

pg. 1 REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION

**Rank & Karnes Law, P.C.**
2701 12th Street SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

Case 19-60230-pcm11    Doc 114    Filed 05/01/20

## THE HATHAWAY CLAIMANTS HAVE FILED A MOTION UNDER RULE 9014

Debtor objects to class certification due to Claimant's failure to file a motion under Rule 9014. Claimants have since filed a motion under Rule 9014 and outlined why the Court should apply Rule 7023.

Claimant's have sought class certification for 1) to prosecute and defend the proof of claim and 2) objecting to the claim of Saalfeld Griggs. The Saalfeld Griggs claim objection is no longer pending. Therefore, Claimants are seeking class certification for purposes related to only their proof of claim. Debtor has stipulated to granting relief from the automatic stay to allow the Circuit Court to allow the Claimants to obtain a supplemental judgment for attorney fees. Therefore, Debtor's argument that Claimants are seeking to certify a class for multiple claims or multiple undefined matters is not a correct statement of what Claimants are seeking.

It is generally accepted that a Rule 9014 seeking to apply 7023 is filed separately from a Rule seeking certification under 7023. "In a contested matter, the party seeking to rely on Rule 23 must file a motion under Rule 9014." *In re Dynegy, Inc.*, 770 F.3d 1064, 1069 (2nd Cir. 2014).

Here, the Claimants have filed their motions under Rules 7023 and 9014 seeking class certification for their proof of claim. Therefore, Claimants have complied with the procedure. Rule 9014(c) on its face does not state that a motion needs to be filed if a party wishes to apply one of the non-enumerated rules of Part VII of the Bankruptcy Rules.

///

pg. 2 REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION

**Rank & Karnes Law, P.C.**
2701 12th Street SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

This Court sits as a court of equity to accomplish the purposes of the Bankruptcy Code. See *Gentry v. Siegel*, 668 F.3d 83, 93 (4th Cir. 2012) citing: *Katchen v. Landy*, 382 U.S. 323, 327, 86 S.Ct. 467, 15 L.Ed.2d 391 (1966) *Montgomery Ward & Co. v. Langer*, 168 F.2d 182, 187 (8th Cir.1948).

Here, the Debtor has a confirmed plan. Prior to confirmation and during confirmation the Claimants made objections and introduced evidence. Debtor made no objection to the class status of the Claimants. Further, the Plan provides for payment of the Claimants Claims without any objection to Claimant's status. Debtor has objected to Claimant's Claim and Rule 9014 applies; therefore, Claimants are now seeking to have the Court use its equitable powers to allow the Claimants to have the Claim allowed on a class basis. The need to use this equitable power is particularly important here when there is ongoing litigation between the parties.

The Circuit Court has ongoing duties to class members to ensure that any distribution is fair and equitable and to oversee the compensation of the attorneys for the class. Since this process is ongoing, allowing class certification of the proof of claim would help effectuate and provide comity to the Circuit Court's duties.

## TO THE EXTENT DEBTOR IS PREJUDICED, CLAIMANTS DO NOT OBJECT TO SUBSEQUENT BRIEFING

Debtor states that he does not believe Rule 23 has been satisfied. However, the Oregon rule for class certification is nearly identical to the Federal rule for class certification. Since the Circuit Court has already ruled that Claimants have met the requirements for class certification for their claims against Debtor it is doubtful that there is merit to this argument. However, to the

pg. 3 REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION

**Rank & Karnes Law, P.C.**
2701 12th Street SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

extent Debtor has been prejudiced by Claimant's filing of a Rule 23 motion prior to the Rule 2019 motion, Claimants do not object to any additional briefing needed by the Debtor.

Dated: May 1, 2020.

                                      /s/ Keith D. Karnes
                                      Keith D. Karnes OSB # 033521
                                      Attorney for Hathaway Claimants

pg. 4 REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION

**Rank & Karnes Law, P.C.**
2701 12th Street SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899

**CERTIFICATE OF SERVICE**

I, Keith Karnes, certify that I served the forgoing document via ECF which will in turn serve:

TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com;spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
KEITH D KARNES    keith@rankkarneslaw.com, patricia@rankkarneslaw.com;9982680420@filings.docketbird.com;KarnesKR42869@notify.bestcase.com
SHANNON R MARTINEZ    smartinez@sglaw.com, scurtis@sglaw.com
ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
TERESA H PEARSON    teresa.pearson@millernash.com, MNGD-2823@millernash.com
AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com
TOBIAS TINGLEAF    toby@shermlaw.com, michael@shermlaw.com
US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov

And I further served the following via first class mail, postage prepaid, addressed to:

| | |
|---|---|
| Hunter Emerick | Stephen Joye |
| Saalfeld Griggs PC | Fischer, Hayes, Joye & Allen, LLC |
| 250 Church St SE #200 | 3295 Triangle Dr #200 |
| Salem, OR 97301 | Salem, OR 97302 |
| | |
| Janet M Schroer | Susan Stoehr |
| 1000 SW Broadway #2000 | 24310 S Hwy 99E, Space G |
| Portland, OR 97205 | Canby, OR 97013 |
| | |
| Ronald C. Williams | Nancy Wolf |
| 11612 SE Division St #8 | 2008 SE Sturdevant Rd |
| Portland, OR 97266 | Toledo, OR 97391 |

DATED: May 1, 2020

/s/Keith D. Karnes
Keith D. Karnes, OSB No. 033521
Rank & Karnes Law, P.C.

pg. 5 REPLY TO DEBTOR WILLIAM J. BERMAN'S RESPONSE TO AD HOC GROUP'S MOTION FOR CLASS CERTIFICATION

**Rank & Karnes Law, P.C.**
2701 12th Street SE
Salem, OR 97302
Telephone (503) 385-8888
Facsimile (503) 385-8899