| | | | |
|---|---|---|---|
| 05/19/2020 | | TUESDAY | Judge Peter C McKittrick |
| 11:00 | 19-60230 pcm 11  bk | **William John Berman** | |

**Hearing re: Proposed Order re: Objection to claim 8 of Naomi Guajardo Filed by Debtor William John Berman (HENDERSON, NICHOLAS) (98)**

William John Berman - db     ~~TROY SEXTON~~     Nick Henderson

Evidentiary Hearing:     Yes: ☐     No: ☒

claimant is part of class action group. This claim will be abated along with the class action claimant's claim. Mr. Henderson to prepare order

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers ☐

DOCKET ENTRY: