United States Bankruptcy Court
District of Oregon

In re:  
William John Berman  
     Debtor

Case No. 19-60230-pcm  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0979-6     User: Admin.     Page 1 of 1     Date Rcvd: May 22, 2020  
                      Form ID: NOHITH     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.
db         +William John Berman,    4490 Silverton Rd. NE,    Salem, OR 97305-2060
cr         +B. & J. Property Investments, Inc.,    4490 Silverton Rd. NE,    Salem, OR 97305-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
NONE.     TOTAL: 0

NOHITH (1/8/20) sfs

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 22, 2020

Clerk, U.S. Bankruptcy Court

BY **sfs** DEPUTY

In re
**William John Berman**
Debtor(s)

)
) Case No. **19–60230–pcm11**
)
)
) NOTICE OF
) TELEPHONE HEARING
)

**PLEASE TAKE NOTICE** that

a Telephone Hearing at which testimony will not be received, will be held:

**DATE:** 5/28/20  **TIME:** 03:00 PM    **RE:** Status Hearing re: Notice of Motion for Class Certification for Limited Purpose and Supporting Document(s). Filed by Ad Hoc Group of Class Action Plaintiffs, Loren Hathaway et al (KARNES, KEITH)

**Call in Number: (888) 684–8852    Access Code: 1238244**

If this hearing pertains to a filed document that includes a response deadline, any response must be filed and served by that deadline. If no timely response is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the response deadline has passed to determine whether the hearing will be held.

Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326–1500 or (541) 431–4000.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684–3763 or toll–free in Oregon at (800) 452–7636.

**TELEPHONE HEARING REQUIREMENTS**

Participants must comply with each requirement listed below:

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.