| | | |
|---|---|---|
| 06/01/2020 | MONDAY | Judge Peter C McKittrick |
| 1:30 PM 19-60230 pcm 11  bk | William John Berman | |

**Status Hearing re: Notice of Motion for Class Certification for Limited Purpose and Supporting Document(s). Filed by Ad Hoc Group of Class Action Plaintiffs, Loren Hathaway et al (KARNES, KEITH) (105)**

| | |
|---|---|
| William John Berman - db | TROY SEXTON    Nick Henderson |
| Ad Hoc Group of Class Action | KEITH D KARNES x |
| | Brady Mautz-Class Claimants |
| | Tim Conway- B&J |
| | Johnston Mitchell-Keith Karnes and Rank Karnes Law Firm. |

Evidentiary Hearing:    Yes: ☐    No: ☐

Adversary proceeding 19-6026 will be abated until after state court litigation is concluded, including all matter relating to class certification in adversary and both main cases.

Mr. Conway to submit stipulated order in both main cases and adversary proceeding.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY: