UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) FINAL ACCOUNT; PAYMENT
) OF ALLOWED ATTORNEY
) FEES; AND APPLICATION FOR
) ENTRY OF FINAL DECREE
) AND CLOSING ORDER
Debtor(s) )

The undersigned files this final account and represents that:

1. On _____, the court entered an Order Confirming the Chapter 11 Plan.

2. The total (i.e., of what has and will be paid) percentage dividend to be paid unsecured creditors is _____%. [NOTE: Enter "N/A" if percentage amount is not determinable at this time.]

3. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for full payment.

4. All secured claims provided for in the Plan have been paid or will be satisfied as provided in the Order of Confirmation. Except as otherwise set forth in the Stipulated Motion and Order Abating Pending Matters [ECF No. 129] entered July 9, 2020.

5. All objections to claims in this case have been resolved. Except as otherwise set forth in the Stipulated Motion and Order Abating Pending Matters [ECF No. 129] entered July 9, 2020.

6. All matters to be completed upon the effective date of the confirmed plan have been completed, the plan has been substantially consummated, and application is therefore made for entry of a final decree and closing order pursuant to Fed. Rule Bankr. Proc. 3022.

7. On _____ copies of this final account were served on the U.S. Trustee; and the debtor(s), any trustee, the Creditors' Committee, and their respective attorneys.

8. I understand that the appropriate attorney may be paid the amount originally allowed, but withheld, after the filing and service of this final account.

Date: _____   _____
                  Signature

                  _____
                  Type or Print Signer's Name & Relation to Case

                  _____
                  Signer's Address

                  _____
                  (If signer is a debtor or debtor's attorney) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

CLERK, U.S. BANKRUPTCY COURT

1195 (6/1/14)