# MONTHLY FINANCIAL REPORT FOR
# INDIVIDUAL DEBTOR(S) NOT ENGAGED IN BUSINESS

Case No.  19-60230-pcm11

Debtor  William Berman

Report Month/Year  Jan 2020- Amd

**Instructions**: The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:  **Completed** / **Not Applicable**

**UST-51**  **Comparative Balance Sheet** or debtor's balance sheet. ☒ ☐
The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet.

**UST-52**  **Summary of Receipts** ☒ ☐

**UST-53**  **Summary of Disbursements** ☒ ☐

**UST-53A**  **Financial Account Detail** ☒ ☐
Complete one or more to include all bank accounts or other sources of debtor funds. Include copies of monthly bank statements and all supporting documents described in the instructions.

**UST-54**  **Other Financial Disclosures** ☒ ☐
When applicable, UST-54 shall include supporting documents, including, but not limited to, an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance for any change in insurance coverage.

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY: _/s/ William Berman_  DATE: 07 / 15 / 2020

The debtor(s), or trustee, if appointed, must sign the monthly financial report. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

Monthly Financial Report -Individual(s) not Engaged in Business  Page 1 of 8
United States Trustee-Oregon  (Revised 3-4-11)

Case 19-60230-pcm11    Doc 133    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f

Case Number: 19-60230-TMB11
Report Mo/Yr: Jan 2020- Amd

Debtor: William Berman

# UST-51, COMPARATIVE BALANCE SHEET

**INSTRUCTIONS:** This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in banks or brokerages, the debtor must report the month-end market value. For each remaining asset, the debtor should use the current market value. Footnotes or explanations, if any, may be attached to this page.

| ASSETS — As of month ending: | MO/YR Nov 2019 | MO/YR Dec 2019 | MO/YR Jan 2020 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Cash | 400 | 450 | 350 | 200 |
| Checking Account(s) | 36,889 | 35,599 | 32,630 | 35,938 |
| Savings Account(s) | | | | - |
| Air Force Annuity | 14,909 | 14,909 | 14,909 | 29,820 |
| IRA/Retirement Account(s) | 309,779 | 309,779 | 309,779 | 309,776 |
| Remaining Personal Property | 76,788 | 76,788 | 76,788 | 76,788 |
| Real Property | 284,030 | 284,030 | 284,030 | 284,030 |
| 1. Loan Repayment | 107,690 | 107,690 | 107,690 | 107,690 |
| 2. | | | | |
| 3. | | | | |
| (attach additional sheets if needed) | | | | |
| Other Assets (list all assets not included above even those acquired post-petition) | | | | |
| TOTAL ASSETS | 830,486 | 829,245 | 826,176 | 844,241 |
| | | | | |
| **LIABILITIES** | | | | |
| Pre-Petition Liabilities | | | | |
| Secured Debt | 5,184,512 | 5,184,512 | 5,184,512 | 5,184,512 |
| Priority Unsecured Debt | | | | - |
| Unsecured Debt | 2,527,209 | 2,527,209 | 2,527,209 | 2,527,209 |
| TOTAL PRE-PETITION LIABILITIES | 7,711,721 | 7,711,721 | 7,711,721 | 7,711,721 |
| Post-Petition Liabilities | | | | |
| Mortgage/Rent Payments Due | | | | |
| Other Secured Debt | | | | |
| Unpaid Real Property Taxes | | | | |
| Other Unpaid Taxes (specify) | | | | |
| Other Unpaid Debts (specify) | | | | |
| TOTAL POST-PETITION LIABILITIES | - | - | - | |
| TOTAL LIABILITIES | 7,711,721 | 7,711,721 | 7,711,721 | 7,711,721 |
| NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES) | (6,881,235) | (6,882,476) | (6,885,544) | (6,867,479) |

Monthly Financial Report -Individual(s) not Engaged in Business — Page 2 of 8
United States Trustee-Oregon — (Revised 3-4-11)

Case 19-60230-pcm11    Doc 133    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f

| | |
|---|---|
| Case Number: | 19-60230-pcm11 |
| Report Mo/Yr: | Jan 2020- Amd |

**Debtor:** William Berman

## UST-52, SUMMARY OF RECEIPTS

**INSTRUCTIONS:** Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate. Note that the initial report should include only financial activity commencing from the petition date through the end of the month.

| Type of Receipt | Gross Amount | Net Amount |
|---|---:|---:|
| Wages or salary | 6,250.00 | 4,494.16 |
| Social security, pension, or 401k distributions * | | |
| Collection of accounts receivable or note payable (specify source) | 107,690.33 | 107,690.33 |
| Loan or other financing proceeds (specify source) | - | - |
| Proceeds from sale of real property | - | |
| Proceeds from sale of personal property | - | - |
| Other (explain) Interest Dep | 0.29 | 0.29 |
| | | |
| | | |
| | | |
| TOTAL RECEIPTS FOR THIS MONTH | 113,940.62 | 112,184.78 |

Notes: AR Collection is from Debra Berman as contemplated in plan.

| | |
|---|---|
| Case Number: | 19-60230-pcm11 |
| Report Mo/Yr: | Jan 2020- Amd |

**Debtor:** William Berman

## UST-53, SUMMARY OF DISBURSEMENTS

**INSTRUCTIONS:** <u>BEFORE COMPLETING THIS PAGE,</u> prepare UST-53A (see next page) to include all bank accounts or other sources of the debtor's funds. The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate <u>monthly</u> disbursement totals for purposes of calculating the debtor's obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee. The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the <u>calendar quarter,</u> or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree). Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

http://www.justice.gov/ust/r18/portland/chapter11.htm
http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR    (503) 326-4000
Eugene, OR    (541) 465-6330

(UST-53A - Financial Account Detail, with attachments, should follow this page.)

| COMPUTATION OF MONTHLY DISBURSEMENT TOTAL | |
|---|---:|
| Total disbursements from UST-53A | 7,463.04 |
| Cash payments not included in total above (if any) | - |
| Disbursements made by third parties for the debtor (if any, explain) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | - |
| **TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES** | $ 7,463.04 |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the U.S. Trustee?    **Yes** [ ]    **No** [X]

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| **Quarter** | **Explanation** | **Amount** |
|---|---|---|
| | | |
| | | |

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Page 4 of 8

(Revised 3-4-11)

# UST-53A - FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Include all financial and brokerage accounts or other sources of the debtor's funds. Attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | US Bank<br>DIP #8544<br>Checking | US Bank<br>DIP #1699<br>Claim Fund | | | TOTALS |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | 35,598.56 | - | | | 35,598.56 |
| **Add:** | | | | | |
| Transfers in | - | | | | - |
| Receipts deposited | 4,494.45 | 107,690.33 | | | 112,184.78 |
| Other (identify source) | | | | | - |
| Total Cash Receipts | 4,494.45 | 107,690.33 | - | - | 112,184.78 |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | | | | | - |
| Disbursements by check or debit | (7,463.04) | - | | | (7,463.04) |
| Cash withdrawn | | | | | - |
| Other (identify source) | | | | | - |
| Total Cash Disbursements | (7,463.04) | - | - | - | (7,463.04) |
| | | | | | |
| **Ending Cash Balance** | 32,629.97 | 107,690.33 | - | - | 140,320.30 |

Does each account identified above include the following supporting documents, as required? (Indicate **YES, NO or NOT APPLICABLE** in the boxes below).

| | | | | | |
|---|---|---|---|---|---|
| Monthly bank statement copy **(do not include bank statement copies with the report filed with the Bankruptcy Court)** | Yes | | | | |
| Bank reconciliation (including outstanding checks and deposits in transit) | NA | | | | |
| A detailed list of receipts for the account (deposit log or receipts journal) | NA | | | | |
| A detailed list of disbursements for the account (check register or disbursement journal) | NA | | | | |
| Funds received and/or disbursed by another party | No | | | | |

Case Number: 19-60230-pcm11
Report Mo/Yr: Jan 2020- Amd

**Debtor:** William Berman

## UST-54, OTHER FINANCIAL DISCLOSURES

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**
Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? **If yes, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received. If real property was sold, attach a copy of the closing statement.**

Yes ☐ No ☒

**Question 2 - Financing**
During the reporting month, did the debtor receive any funds from an outside funding source? **If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  | ☐ | ☒ |

**Question 3 - Payments on Pre-Petition Unsecured Debt**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If yes, attach a schedule disclosing each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.**

Yes ☐ No ☒

**Question 4 - Payments to Attorneys and Other Professionals**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If yes, attach a schedule listing each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

Yes ☐ No ☒

**Question 5 - Insurance and Bond Coverage**

Did the debtor renew or replace any insurance policies during this reporting month? **If yes, attach a certificate of insurance for each renewal or change in coverage.**

Yes ☐ No ☒

Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.**

Yes ☐ No ☒

Monthly Financial Report -Individual(s) not Engaged in Business          Page 6 of 8
United States Trustee-Oregon                                              (Revised 3-4-11)

Case 19-60230-pcm11    Doc 133    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f

Case Number: 19-60230-pcm11
Report Mo/Yr: Jan 2020- Amd

**Debtor:** William Berman

## UST-54, OTHER FINANCIAL DISCLOSURES

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response.

**Question 6 - Significant Events.** Provide a narrative report of any significant events which may have an effect on the financial condition of the debtor. Attach separate sheet(s) as necessary.

**Question 7 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

Plan and Disclosure Statement filed on 7/15/2019.

|  | Filed? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | 7/15/2019 |  |
| Plan of Reorganization: | 7/15/2019 |  |

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Page-7 of 8

(Revised 3-4-11)

Case 19-60230-pcm11    Doc 133    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f

**Debtor:** William Berman

**UST-54, OTHER FINANCIAL DISCLOSURES (contd.)**

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the original….(select only one)**

For a Chapter 11 case filed in Portland, OR:
    United States Bankruptcy Court
    1001 SW 5th Avenue, 7th floor
    Portland, OR  97204

For a Chapter 11 case filed in Eugene, OR:
    United States Bankruptcy Court
    405 East 8th Avenue, Suite 2600
    Eugene, OR  97401

**CERTIFICATION OF SERVICE:** The undersigned certifies that copies of this report and all supporting documents have been served upon each of the following persons in this case: U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.

**BY:** /s/ Troy G. Sexton      **DATE:** 7/15/2020

**TITLE:** Attorney for Debtor      **PHONE NUMBER:** 503-417-0517

**Send U.S. Trustee's copy to:  (select only one)**

For a Chapter 11 case filed in Portland, OR:

Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205

For a Chapter 11 case filed in Eugene, OR:

Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR  97401

Monthly Financial Report -Individual(s) not Engaged in Business      Page 8 of 8
United States Trustee-Oregon      (Revised 3-4-11)

Case 19-60230-pcm11    Doc 133    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3103     TRN           S      X     ST01

*Aud 3/1/20*
*WJB*

*Unsecured Creditor Fund*



000027094 01 AV 0.389 000638357325809 P Y
ESTATE OF WILLIAM J BERMAN
BERMAN UNSECURED CLAIMS FUND
DEBTOR IN POSSESSION
BANKRUPTCY CASE #19-60230-PCM11
4490 SILVERTON RD NE
SALEM OR  97305-2060

## Uni-Statement

Account Number: 1699
Statement Period:
Jan 28, 2020
through
Feb 6, 2020

Page 1 of 1

**To Contact U.S. Bank**

By Phone: 1-800-US BANKS (1-800-872-2657)

Portland Metro Area: 503-US BANKS (503-872-2657)

U.S. Bank accepts Relay Calls

Internet: usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

If you haven't already done so, we encourage you to enroll in eStatements. There are several benefits of eStatements including:

- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.

## U.S. BANK PLATINUM CHECKING

Member FDIC
Account Number -1699

U.S. Bank National Association

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jan 28 | $ | 0.00 |
| Deposits / Credits | | 107,690.33 |
| Ending Balance on Feb 6, 2020 | $ | 107,690.33 |
| Annual Percentage Yield Earned | | 0.00971% |
| Interest Earned this Period | $ | 0.23 |
| Number of Days in Statement Period | | 10 |
| Customer Segment | | Military |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 28 | Deposit | 8357193331 | $ | 107,690.33 |
| | Total Deposits / Credits | | $ | 107,690.33 |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Jan 28 | 107,690.33 |

Balances only appear for days reflecting change.