# POST-CONFIRMATION DISBURSEMENT REPORT

Debtor: William Berman  
Case No.: 19-60230-pcm11  
Reporting Month: Feb 2020-Amd

| Bank Name<br>Account Number | US Bank<br>DIP #8544 | US Bank<br>DIP #1699 | | | Totals |
|---|---|---|---|---|---|
| Beginning G/L Balance | 32,629.97 | 107,690.33 | | | 140,320.30 |
| Receipts | 4,475.45 | 0.91 | | | 4,476.36 |
| Transfers In | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Receipts | 4,475.45 | 0.91 | - | - | 4,476.36 |
| Disbursements | 9,918.93 | - | | | 9,918.93 |
| Transfers Out | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Disbursements | 9,918.93 | - | - | - | 9,918.93 |
| Ending G/L Balance | 27,186.49 | 107,691.24 | - | - | 134,877.73 |

Please provide Answers to the following questions:

1. Did the debtor sell any real property or other assets during this reporting period?  **No**

   If yes, were the gross proceeds of the sale included in one of the reported bank accounts?  _____

2. Did another party, other than the debtor, make disbursements for, or for the benefit of, the debtor during this reporting period?  **No**

   If yes, provide detail of the disbursements.

3. At the end of the reporting period, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?  **No**

---

**DEBTOR'S CERTIFICATION OF DISBURSEMENT INFORMATION**

I certify under penalty of perjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature _[signed: William Berman]_____ Date 07 / 15 / 2020

The debtor, plan agent or administrator, must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.