## POST-CONFIRMATION DISBURSEMENT REPORT

Debtor: William Berman  
Case No.: 19-60230-pcm11  
Reporting Month: April 2020 Amd

| Bank Name<br>Account Number | US Bank<br>DIP #8544 | US Bank<br>DIP #1699 | | | Totals |
|---|---|---|---|---|---|
| Beginning G/L Balance | 26,627.89 | 107,692.15 | | | 134,320.04 |
| Receipts | 15,836.22 | 0.53 | | | 15,836.75 |
| Transfers In | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Receipts | 15,836.22 | 0.53 | - | - | 15,836.75 |
| Disbursements | 5,510.21 | 84,937.95 | | | 90,448.16 |
| Transfers Out | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Disbursements | 5,510.21 | 84,937.95 | - | - | 90,448.16 |
| Ending G/L Balance | 36,953.90 | 22,754.73 | - | - | 59,708.63 |

Please provide Answers to the following questions:

1. Did the debtor sell any real property or other assets during this reporting period?   **No**

   If yes, were the gross proceeds of the sale included in one of the reported bank accounts?   _____

2. Did another party, other than the debtor, make disbursements for, or for the benefit of, the debtor during this reporting period?   **No**

   If yes, provide detail of the disbursements.

3. At the end of the reporting period, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?   **No**

---

**DEBTOR'S CERTIFICATION OF DISBURSEMENT INFORMATION**

I certify under penalty of perjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature _/s/ William Berman_____ Date 07 / 15 / 2020

The debtor, plan agent or administrator, must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.

Case 19-60230-pcm11    Doc 136    Filed 07/15/20
Doc ID: b09fc57ac480729bb7efe2e9f5791a4abaf0459f