| | | |
|---|---|---|
| 07/15/2020 | **WEDNESDAY** | Judge Peter C McKittrick |
| 2:30 PM  19-60230 pcm 11  bk | **William John Berman** | |

**Status Hearing re: Closing of the Main Bankruptcy Cases**

| | |
|---|---|
| William John Berman - db | NICK HENDERSON |
| Loren Hathaway et al - cr | KEITH D KARNES   x |

Ava Schoen - B&J Property Investments

Becky Kamitsuka - UST

Evidentiary Hearing:    Yes: ☐    No: ☒

UST fees to be paid prior to case closing. Ms. Kamitsuka to advise the court when fees have been paid.

A court generated form closing the case will be emailed to Ms. Schoen and Mr. Henderson.

Order to be circulated to Ms. Kamitsuka prior to uploading to the court.

Continued hearing - 8/5 @ 1:30 via Tel

Order to be prepared by:  ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY: