# POST-CONFIRMATION DISBURSEMENT REPORT

Debtor: William Berman  
Case No.: 19-60230-pcm11  
Reporting Month: June 2020

| Bank Name<br>Account Number | US Bank<br>DIP #8544 | US Bank<br>DIP #1699 | | | Totals |
|---|---|---|---|---|---|
| Beginning G/L Balance | 37,165.91 | 22,754.92 | | | 59,920.83 |
| Receipts | 4,654.18 | 0.17 | | | 4,654.35 |
| Transfers In | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Receipts | 4,654.18 | 0.17 | - | - | 4,654.35 |
| Disbursements | 11,653.92 | 3,738.49 | | | 15,392.41 |
| Transfers Out | | | | | - |
| Other: | | | | | - |
| | | | | | - |
| | | | | | - |
| Total Disbursements | 11,653.92 | 3,738.49 | - | - | 15,392.41 |
| Ending G/L Balance | 30,166.17 | 19,016.60 | - | - | 49,182.77 |

Please provide Answers to the following questions:

1. Did the debtor sell any real property or other assets during this reporting period? — No

   If yes, were the gross proceeds of the sale included in one of the reported bank accounts? ____

2. Did another party, other than the debtor, make disbursements for, or for the benefit of, the debtor during this reporting period? — No

   If yes, provide detail of the disbursements.

3. At the end of the reporting period, did the debtor have any delinquent statutory fees owing to the U.S. Trustee? — No

**DEBTOR'S CERTIFICATION OF DISBURSEMENT INFORMATION**

I certify under penalty of perjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature _[signed] William Berman_   Date 07 / 21 / 2020

The debtor, plan agent or administrator, must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.