Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>William John Berman<br><br>Debtor. | Case No. 19-60230-pcm11<br><br>**ORDER CLOSING CASE** |

IT IS ORDERED that:

1. This case is closed, but only for administrative purposes.

2. The court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

3. Upon any reopening of this case, the provisions of Section 2.4 of the confirmed plan [ECF No. 280][1] shall apply with respect to payment of fees payable to the United

---

[1] Docket entry refers to jointly-administered case *In re B. & J. Property Investments, Inc.*, Bankruptcy Case No. 19-60138-pcm11, filed in the U. S. Bankruptcy Court for the District of Oregon.

Page 1 of 3   ORDER CLOSING CASE
{00380343:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 140    Filed 07/31/20

States Trustee and monthly financial reports for each month, or portion thereof that the case is open, which section reads as follows:

> "2.4 <u>Bankruptcy Fees</u>. Fees payable by Debtors under 28 U.S.C. § 1930, or to the Clerk of the Bankruptcy Court, will be paid in full in Cash on the Effective Date. All quarterly fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a), including fees due for any partial quarter, accruing after the Effective Date shall be paid by the Reorganized Debtors as and when they become due and will be based on the Reorganized Debtors' total disbursements, including ordinary course of business disbursements as well as disbursements made to Claimants under this Plan. Such fee obligations will not terminate until this Case is converted or dismissed, or until this Case is no longer pending upon entry of a Final Order closing this Case, whichever first occurs, and all United States Trustee fees, including any such fees accrued in any partial quarter, shall be paid as a condition precedent prior to entry of an order closing the case. After the Effective Date, the Reorganized Debtors shall file with the Court a post-confirmation monthly financial report for each month, or portion thereof, that the case is open or during any period of time that the case is reopened. The monthly financial report shall include a statement of all disbursements made during the course of the month, whether or not pursuant to the Plan. All United States Trustee fees, including any such fees accrued in any partial quarter, shall also be paid as a condition precedent prior to entry of a Final Decree."

### # #

Page 2 of 3   ORDER CLOSING CASE
{00380343:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11    Doc 140    Filed 07/31/20

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

MOTSCHENBACHER & BLATTNER LLP

By: /s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB No. 074027
    117 SW Taylor Street, Suite 300
    Portland, OR 97204
    Telephone: 503-417-0508
    Facsimile: 503-417-0501
    E-mail: nhenderson@portlaw.com
    Attorneys for Debtor

cc:    List of Interested Parties

Page 3 of 3  ORDER CLOSING CASE
{00380343:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-60230-pcm11   Doc 140   Filed 07/31/20

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re B. & J. Property Investments, Inc.*
U.S. Bankruptcy Court Case No. 19-60138-pcm11

*In re William J. Berman*
U.S. Bankruptcy Court Case No. 19-60230-pcm11

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com, spencer.fisher@tonkon.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com; mperry@portlaw.com; hendersonnr86571@notify.bestcase.com
- KEITH D KARNES    kkarnes@keithkarnes.com, kkarnesnotices@gmail.com; patricia@keithkarnes.com; 9982680420@filings.docketbird.com; r51870@notify.bestcase.com
- SHANNON R MARTINEZ    smartinez@sglaw.com, scurtis@sglaw.com
- ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
- TERESA H PEARSON    teresa.pearson@millernash.com, MNGD-2823@millernash.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com, mperry@portlaw.com, troy-sexton-4772@ecf.pacerpro.com
- TOBIAS TINGLEAF    toby@shermlaw.com, darlene@shermlaw.com
- US TRUSTEE, EUGENE    USTPRegion18.EG.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**B. & J. TOP 20 UNSECURED CREDITORS**

Class Action Plaintiffs
c/o Brady Mertz
Brady Mertz PC
345 Lincoln St.
Salem, OR 97302

Portland General Electric
POB 4438
Portland, OR 97208

Judson's Plumbing
POB 12669
Salem, OR 97330

City of Salem
555 Liberty St. SE, Room 230
Salem, OR 97301

Comcast Business
Attn: Bankruptcy Dept.
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Pacific Source
POB 7068
Springfield, OR 97475-0068

Pacific Sanitation
POB 17669
Salem, OR 97305

US Bank
POB 6352
Fargo, ND 58125-6352

Miller Paint
390 Lancaster Dr. NE
Salem, OR 97301

HotSuff Spas & Pool
1840 Lancaster Dr. NE
Salem, OR 97305

NW Natural Gas
POB 6017
Portland, OR 97228-6017

Chateau Locks
1820 47th Terrace East
Bradenton, FL 34203-3773

Century Link
Bankruptcy Dept.
600 New Century Parkway
New Century, KS 66031

Walter Nelson Company
1270 Commercial St. NE
Salem, OR 97301

Statesman Journal
340 Vista Ave. SE
Salem, OR 97302

Pacific Screening
POB 25582
Portland, OR 97298

DEX Media
Dex Media Attn: Client Care
1615 Bluff City Highway
Bristol, TN 37620

AllAmerican Insurance
POB 758554
Topeka, KS 66675-8554

US Bank
POB 6352
Fargo, ND 58125

Susan Stoehr
24310 S Hwy 99E, Space G
Canby, OR 97013

Stephen Joye
Fischer, Hayes, et al.
3295 Triangle Dr SE #200
Salem, OR 97302

Nancy Wolf
2008 SE Sturdevant Rd
Toledo, OR 97391

Saalfeld Griggs PC
Attn: Hunter Emerick
250 Church St. SE, Suite 200
Salem, OR 97301

American Funds
POB 6007
Indianapolis, IN 46206-6007

**BERMAN SECURED CREDITOR**

Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226

**BERMAN TOP 20 UNSECURED CREDITORS**

Class Action Plaintiffs
c/o Brady Mertz
Brady Mertz PC
345 Lincoln St.
Salem, OR 97302

Heather Noble
4490 Silverton Rd NE #4
Salem, OR 97305-2060

{00380343:1}